Deepalie Milie Joshi, Esq., SBN 270303 _____
JOSHI LAW GROUP
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Tel: (619) 822-7566
E-mail: milie@joshilawgroup.com

Attorneys for d

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>NUPEUTICS NATURAL, INC.,<br><br>        Debtor.<br>_____<br><br>LESLIE T. GLADSTONE, Chapter 7 Trustee,<br><br>        Plaintiff,<br>v.<br><br>JESSICA LAINE PEATROSS,<br><br>        Defendant. | Case No.: 22-02956-JBM7<br><br>Adv. No.: 24-90036-JBM<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO ENLARGE TIME AND FOR LEAVE TO FILE OMITTED OPPOSITION DOCUMENTS**<br><br>Date:  August 13, 2025<br>Time:  10:00AM<br>Dept:  2<br>Room: 118<br>Honorable J. Barrett Marum |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on the above-captioned date and time, or as soon thereafter as the matter may be heard, Defendant, Jessica Laine Peatross ("Defendant") will and hereby does move the Court for an Order permitting her to file the following

documents which were inadvertently omitted from her Opposition to the Trustee's Motion for Summary Judgment:

    1.    Memorandum of Points & Authorities in Opposition (9 pages);

    2.    Defendant's Statement of Contested/Disputed Facts & Undisputed Facts/Issues (14 pages);

    3.    Declaration of Dr. Jessica Laine Peatross with Exhibits A-K (8 and 162 pages);

    4.    Declaration of Deepalie Milie Joshi (2 pages).

This Motion is made pursuant to Federal Rules of Bankruptcy Procedure Rule 9006(b)(1), LBR 9013-4, the accompanying Memorandum of Points & Authorities, Declaration of Deepalie Milie Joshi, and any other evidence or argument the Court may entertain.

Per the Court's Minute Order dated July 16, 2025 appearing on the Docket Entry Number 46, provides that Oppositions are due by August 06, 2025, and Replies may be made at the hearing on August 13, 2025 at 10:00AM.

                              Respectfully Submitted,

Dated:  July 24, 2025                Joshi Law Group

                            By: _/s/ Deepalie Milie Joshi_
                                Deepalie Milie Joshi, Esq.,
                                Attorney for Defendant,
                                Dr. Jessica Laine Peatross