Deepalie Milie Joshi, Esq., SBN 270303 _____
JOSHI LAW GROUP
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Tel: (619) 822-7566
E-mail: milie@joshilawgroup.com

Attorneys for d

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NUPEUTICS NATURAL, INC.,<br><br>      Debtor.<br>_____<br><br>LESLIE T. GLADSTONE, Chapter 7 Trustee,<br><br>      Plaintiff,<br>v.<br><br>JESSICA LAINE PEATROSS,<br><br>      Defendant. | Case No.: 22-02956-JBM7<br><br>Adv. No.: 24-90036-JBM<br><br>**DECLARATION OF DEEPALIE MILIE JOSHI IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME AND FOR LEAVE TO FILE OMITTED OPPOSITION DOCUMENTS**<br><br>Date:  August 13, 2025<br>Time:  10:00AM<br>Dept:  2<br>Room: 118<br>Honorable J. Barrett Marum |

I Deepalie Milie Joshi, declare:

1.    I am counsel of record for Defendant, Jessica Laine Peatross, M.D.  I have personal knowledge of the facts stated herein and could testify competently if called.

2.    On May 27, 2025 – the Court's deadline for Defendant's opposition to the Trustee's Motion for Summary Judgment or Adjudication – I finalized the following word

documents: (a) Opposition to Trustee's Motion (b) Memorandum of Points and Authorities; (c) Separate of Contested/Disputed Facts & Undisputed Facts/Issues; (d) Declaration of Jessica Laine Peatross; and (e) Declaration of Deepalie Milie Joshi.  The exhibits to (d) and (e) were saved as PDFs.

3.      At approximately, 9:20p.m., I used a PDF conversion software to convert the individual word documents to PDF and then to combine those PDFs with the exhibits in PDF.

4.      At approximately, 9:31 p.m., while uploading the opposition via CM/ECF, I mistakenly selected only the three-page cover pleading [document (a)] and believed that I had selected the combined PDF which included all of the attachments [documents (b)-(e) and exhibits].

5.      On July 11, 2025, the Court issued its tentative ruling which notified me that the docketed opposition lacked the attachments and exhibits.  I immediately reviewed the docket and discovered my error.

6.      Mortified by my mistake, I wanted to immediately file the missing attachments and exhibits. However, the Court's tentative ruling prohibited such action stating that, "Defendant may not make any additional filings prior to the hearing on this Motion in an attempt to address this issue."

7.      Thankfully, the Court permitted leave to file this present Motion.

Declaration of Deepalie Milie Joshi ISO Motion to Enlarge Time and Leave to File Omitted Opposition Documents - 2

8.      Attached hereto as **Exhibit 1** is the combined PDF which was the intended document for filing on May 27, 2025.  The metadata of the PDF file clarifies that the creation date of the file was May 27 and the last date the document was edited or altered was May 27.

9.      The omission resulted solely from a clerical upload mistake, not from any intent to gain tactical advantage.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of July, 2025, at San Diego, California.

By: */s/ Deepalie Milie Joshi*
Deepalie Milie Joshi, Esq.,
Attorney for Defendant,
Dr. Jessica Laine Peatross

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT - 1

Deepalie Milie Joshi, Esq., SBN 270303
JOSHI LAW GROUP
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Tel: (619) 822-7566
E-mail: milie@joshilawgroup.com

Attorney for Defendant, Jessica Laine Peatross

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>*Nupeutics Natural, Inc.*,<br><br>            Debtor.<br>_____<br><br>LESLIE  T.  GLADSTONE,  Chapter  7<br>Trustee,<br><br>            Plaintiff,<br><br>v.<br><br>JESSICA LAINE PEATROSS,<br><br>            Defendant. | Case No.: 22-02956-JBM7<br><br>Adv. No.: 24-90036-JBM<br><br>**DEFENDANT'S OPPOSITION TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION AS TO 2nd, 3rd, AND 4th CAUSES OF ACTION**<br><br><br>Date:   07/16/2025<br>Time:  10:00am<br>Dept:  Two<br>Room:  118<br>Honorable J. Barrett Marum |

Defendant, JESSICA LAINE PEATROSS, opposes Chapter 7 Trustee, Leslie Gladstone's Trustee's Motion for Summary Judgment and/or Summary Adjudication of Facts or Issues as to 2nd, 3rd, and 4th Causes of Action. Defendant's opposition is based on

Defendant's Memorandum of Points & Authorities; Declaration of Dr. Jessica Laine Peatross; Declaration of Deepalie Milie Joshi; and Defendant's Statement of Contested Facts and Issues.

Dated: May 27, 2025                    Respectfully Submitted

                                        JOSHI LAW GROUP

                                        By: */s/ Deepalie Milie Joshi*
                                            Deepalie Milie Joshi,
                                            Attorney for Defendant,
                                            Jessica Laine Peatross

Defendant's Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 2

Deepalie Milie Joshi, Esq., SBN 270303 _____
JOSHI LAW GROUP
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Tel: (619) 822-7566
E-mail: milie@joshilawgroup.com

Attorneys for d

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 22-02956 |
| NUPEUTICS NATURAL, INC., | Adv. No.: 24-90036-MM |
|      Debtor. | **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION** |
| LESLIE T. GLADSTONE, Chapter 7 Trustee, | |
|      Plaintiff, | |
| v. | Date: July 16, 2025 |
| JESSICA LAINE PEATROSS, | Time: 10:00am |
|      Defendant. | Dept: 2 |
| | Hon. J. Barrett Marum |

//
//
//
//
//
//

# I.    BACKGROUND

Since 2016, Defendant, Dr. Jessica Peatross ("Defendant" or "Dr. Peatross") has used her medical license to raise awareness of holistic and natural health as an alternative to standard western medicine. Through years of practice, she has built a reputable name for herself as well as a substantial social media following.  Defendant founded the Kentucky based limited liability company called DrJess.Com, LLC, under which her business continued to grow.

In July 2018, Dr. Peatross hired Munzer Sundos to work as CEO of DrJess.com, LLC in July 2018.  Around the same time, Sundos and his associate George Ayoub formed a separate corporation called, Nupeutics Natural, Inc. ("Nupeutics" or "Debtor").   In October 2018, Munzer and Sundos convinced Dr. Peatross to join Nupeutics by signing a shareholder agreement and sales agreement (collectively "agreements") which required Dr. Peatross to transfer her brand and Dr.Jess assets to the new corporation.  Defendant was supposed to receive 30,000 shares and 1,000,000 shares under the respective agreements, but it was later discovered that Nupeutics was only authorized to have 10,000 shares of stock per the California Secretary of State.  At the time the agreements were executed, the Dr.Jess assets consisted of social media accounts and a brand built under the name Dr.Jess – none of which were registered trademarks.

In December 2018 and March 2019, Nupeutics submitted applications for Dr.Jess and Dr.Jess Stylized to be registered trademarks owned by Nupeutics. In the months

following the agreements, Sundor and Ayoub effectively pushed Defendant out of any management or governing role within Nupeutics.  By September 2021, Nupeutics had gained control of all of the Dr.Jess social media accounts and also Defendant's personal social media accounts. By October 21, 2019, the relationship between Defendant and Nupeutics had deteriorated to the extent that Defendant resigned as Medical Director.  The same day, Nupeutics blocked Defendant's access to both her personal social media accounts as well as the Dr.Jess social media accounts.

On October 25, 2019, Nupeutics filed suit against Defendant. In November 2019, Defendant filed a countersuit. Less than 60 days later, Nupeutics began rebranding, relabeling, and renaming the Dr.Jess products as Nupeutics Health products.  In the months after her resignation, Defendant formulated a new product line referred to Kill, Bind, Sweat. Even though Nupeutics had never sold or been involved in the Kill, Bind, Sweat product line, Nupeutics raced Defendant to submit an application to register Kill, Bind, Sweat as a trademark owned by Nupeutics.

By June 30, 2020, Nupeutics had fully rebranded, relabeled, and renamed all of their Dr.Jess products as Nupeutics Health products, such that Dr.Jess products were no longer sold in their webstore.  Nupeutics may have had some remaining Dr.Jess inventory, but those were not offered for sale.  By July 07, 2020, Nupeutics was the registered owner of all of the Dr.Jess trademarks and the Kill, Bind, Sweat trademark, but Nupeutics had ceased using the "Dr.Jess" name/label on all of their products being sold.

A full year later, the litigation between the parties was settled by the Global Settlement Agreement ("Settlement") executed on June 30, 2021. The Settlement included terms requiring Nupeutics to assign the Dr.Jess trademarks to Defendant on December 30, 2021 on the condition that Defendant cooperated in promoting the rebranded/relabeled Nupeutics products during a 6-month "licensing period."  Again, at the time the settlement agreement was executed Nupeutics had already stopped selling products branded under the Dr.Jess label.  Thus, the licensing period required Defendant to market the Nupeutics branded product line to her social media following under the Dr.Jess social media accounts.

Nupeutics filed for bankruptcy on November 17, 2022 scheduling Munzer Sundos as the company's largest creditor.  Nupeutics' Statement of Financial Affairs, Part 6, Number 13 requiring the debtor to "list any transfers of money or other property," was blank.  Debtor's petition, statements, or schedules do not include any alleged transfer of the Dr.Jess assets.

Yet, ten (10) months after Debtor's bankruptcy was filed, on September 26, 2023, the Chapter 7 Trustee's office sent a demand letter to Defendant claiming that Debtor's insolvency was caused by the alleged transfer of the Dr.Jess assets under the Settlement. Seven (7) months after sending the demand letter, the Trustee initiated this adversary proceeding against Defendant.  In an effort to put the Nupeutics ordeal behind her, Defendant *offered to assign her interest in the trademarks to the bankruptcy estate*.  The Trustee refused and is now moving for summary judgment and/or adjudication.

## II.    LEGAL STANDARD

### A.    STANDARD OF REVIEW PURSUANT TO FRCP 56

Summary judgment should be granted when the pleadings, depositions, answers to interrogatories, and admissions on file, show "that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a); see also *Celotex Corp. v. Catrett*, 477 U.S. 317, 322, (1986). The party moving for summary judgment must meet their initial burden of production by either (1) producing admissible evidence "negating an essential element of the nonmoving party's claim …" or (2) "show that the nonmoving party does not have enough evidence of an essential element to carry its ultimate burden of persuasion at trial." *Nissan Fire & Marine Ins. Co. v. Fritz Cos.*, 210 F.3d 1099, 1102 (9th Cir. 2000) citing to *High Tech Gays v. Defense Indus. Sec. Clearance Office*, 895 F.2d 563, 574 (9th Cir. 1990).

If the party seeking summary judgment fails to meet its initial burden of production, the nonmoving party has no obligation to produce anything, even if the nonmoving party would have the ultimate burden of persuasion at trial. *Nissan Fire & Marine Ins. Co.,* Supra at 1102-03. Only if the moving party meets its burden of production and the nonmoving party subsequently fails to produce enough evidence to create any genuine issue of material fact should the moving party win the motion for summary judgment. Id. at 1103.

In considering a motion for summary judgment, the Court decides only pure questions of law and is not permitted to weigh the evidence to judge the credibility of

disputed facts. *Neely v. St. Paul Fire & Marine Ins. Co.*, 584 F.2d 341, 344 (9th Cir. 1978). Where "evidence is genuinely disputed on a particular issue—such as by conflicting testimony—that 'issue is inappropriate for resolution on summary judgment.'" *Zetwick v. Cty. of Yolo*, 850 F.3d 436, 441 (9th Cir. 2017).

This case relies heavily on the testimony of Debtor's CEO, Munzer Sundos, who is also scheduled as Debtor's largest creditor. Given the highly contentious relationship between Sundos and Defendant, the resulting multitude of genuinely disputed facts render summary judgment an inappropriate resolution to this case.

## III.    ARGUMENT

## A.    DEBTOR REBRANDED DR.JESS ASSETS LONG BEFORE SETTLEMENT AGREEMENT

Plaintiff alleges that the Debtor became insolvent as a direct result of transferring the trademarks to Defendant under the Settlement Agreement terms on December 21, 2021. However, per Sundos's own statements, Debtor had begun the process of separating its brand from the Dr.Jess brand as early as November 2018. (See Sundos Declaration, ¶10) had fully rebranded its product line by June 30, 2020 and essentially stopped using the "Dr.Jess" label on any of its products. (See Peatross Declaration at ¶¶15-20; 22-23. Exhibits B-G, K). Despite operating without the Dr.Jess label after June 30, 2020, Debtor reports gross revenue of $385,232 for 2020 and $299,018.00 for 2021. (See Debtor's Statement of Financial Affairs) Thus, Plaintiff fails to establish that Debtor's decline in

revenue is a direct result of transferring the trademarks or that Debtor was insolvent as of

the date of the alleged transfer.

Other than the decline in 2022 revenue stated in Debtor's Statement of Financial

Affairs, Plaintiff offers no evidence to support its valuation of the trademarks or that the

trademarks were the sole reason for Debtor's higher gross revenue in 2020 and 2021.

Debtor's decline in revenue in 2022 could be from a myriad or combination of factors.  For

example, the Debtor's operations may have been mismanaged or incompetent.  Debtor

could have overextended its expenses.  Or even the absence of Dr. Peatross herself as the

person promoting Nupeutics could have caused a decline in sales.  If the decline in sales

was a result of Dr. Peatross no longer being part of the company, then Debtor cannot base

its decreased revenue on the trademarks because the trademarks are not the person and the

person cannot be forced to make the trademarks maintain value.[1]

## B.    DEBTOR FAILED TO COMPLETE TRANSFER OF THE TRADEMARKS UNDER THE SETTLEMENT AGREEMENT TERMS

A Trustee alleging a fraudulent transfer and avoidance thereof must establish the

occurrence of a fraudulent transfer and the trustee's avoidance powers extending to the

fraudulent transfer. 11 U.S.C. §544 provides that, "The trustee may avoid any transfer of

an interest of the debtor in property or any obligation incurred by the debtor that is voidable

under applicable law by a creditor holding an unsecured claim that is allowable

---

[1] 13th Amendment to the U.S. Constitution – no involuntary servitude.

under section 502 of this title or that is not allowable only under section 502(e) of this title." Specifically, the trustee must allege facts sufficient to satisfy the elements of California Civil Code §§3439 *et seq*, or the Uniform Voidable Transactions Act.

Section 2.5 of the Settlement Agreement which establishes the terms of the trademarks licensing and subsequent transfer states, "[O]nce the Licensed Period expires without breach, Nupeutics agrees to execute all documents necessary to effectuate the irrevocable transfer of the Licensed Property to Dr. Jessica Peatross." Plaintiff's complaint is silent as to any actions undertaken by Debtor to "effectuate the irrevocable transfer" of the trademarks and the trademarks remain registered under Debtor's name.

As such, the subject trademarks were never transferred to Defendant and Plaintiff's avoidance powers are moot.

//

//

//

//

//

//

//

//

## IV.  CONCLUSION

Plaintiff has failed to establish that the subject trademarks were effectively transferred to Defendant; that the alleged transfer is the direct or sole reason for the Debtor's decline in revenue; that the value of the trademarks at the time of the alleged transfer is the same as the Debtor's previous revenue; or that the Debtor relied on the trademarks to generate revenue despite beginning rebranding efforts as early as November 2018.

Based on the foregoing, Defendant requests this Court Deny Plaintiff's Motion for Summary Judgment and/or Adjudication in its entirety.

Dated: 05/27/2025                          JOSHI LAW GROUP


By: */s/ Deepalie Milie Joshi*
       Deepalie Milie Joshi,
       Attorney for Defendant

Deepalie Milie Joshi, Esq., SBN 270303
JOSHI LAW GROUP
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Tel: (619) 822-7566
E-mail: milie@joshilawgroup.com

Attorney for Defendant, Jessica Laine Peatross

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: | Case No.: 22-02956-JBM7 |
| *Nupeutics Natural, Inc.*, | Adv. No.: 24-90036-JBM |
| Debtor. | **DECLARATION OF DEFENDANT, DR. JESSICA LAINE PEATROSS IN SUPPORT OF OPPOSITION TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION AS TO 2nd, 3rd, AND 4th CAUSES OF ACTION** |
| LESLIE T. GLADSTONE, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Date:  07/16/2025 |
| JESSICA LAINE PEATROSS, | Time:  10:00am |
| Defendant. | Dept:  Two |
|  | Room:  118 |
|  | Honorable J. Barrett Marum |

I, Deepalie Milie Joshi, hereby declare:

1.     I am an attorney, duly licensed to practice law in this Court. I am the

Defendant's counsel of record in the above-captioned matter.  The information contained

*Leslie T. Gladstone v. Jessica Lain Peatross*                    24-90036-JBM

Declaration of Deepalie Milie Joshi in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 1

herein is based on my personal knowledge.  If called upon to testify, I am competently able to do so similarly to the statements made herein.

2.      On or about July 10, 2024, counsel for Plaintiff, Andrew Levin and I held an early conference of counsel pursuant to LBR 7016.  The conference was conducted telephonically.

3.      In discussing the case, I communicated to Plaintiff's counsel that Defendant had granted me authority to turnover to the Plaintiff the subject trademarks in this case.

4.      Counsel for Plaintiff refused Defendant's request to turnover the trademarks. I declare under the penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 23rd Day of May 2025 in San Diego, California.

*/s/ Deepalie Milie Joshi*
    Deepalie Milie Joshi, Esq.,
    Attorney for Defendant Peatross

*Leslie T. Gladstone v. Jessica Lain Peatross*                                        24-90036-JBM

Declaration of Deepalie Milie Joshi in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 2

Deepalie Milie Joshi, Esq., SBN 270303
JOSHI LAW GROUP
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Tel: (619) 822-7566
E-mail: milie@joshilawgroup.com

Attorneys for Dr. Jessica Laine Peatross, Defendant

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NUPEUTICS NATURAL, INC.,<br><br>   Debtor.<br>_____<br>LESLIE T. GLADSTONE, Chapter 7 Trustee,<br><br>   Plaintiff,<br>v.<br><br>JESSICA LAINE PEATROSS,<br><br>   Defendant. | Case No.: 22-02956<br><br>Adv. No.: 24-90036-MM<br><br>**DEFENDANT'S STATEMENT OF CONTESTED/DISPUTED AND UNDISPUTED FACTS/ISSUES**<br><br>Date: July 16, 2025<br>Time: 10:00am<br>Dept: 2<br>Hon. J. Barrett Marum |

   Defendant, JESSICA LAINE PEATROSS, responds to the Statement of Facts –both Undisputed Facts and Disputed Facts – filed by Plaintiff, Chapter 7 Trustee, LESLIE T. GLADSTONE ("Plaintiff" or "Trustee") in support of Trustee's Motion for Summary Judgment and/or Adjudication of Facts or Issues as to 2nd, 3rd, and 4th Causes of Action as provided herein. For each combined set of statements set forth by the Trustee, Defendant

admits, disputes, or objects as indicated below and identifies evidence creating a genuine dispute of material fact.

| Set #; Page #; & Line [#-#-#] | Trustee's Asserted Undisputed Fact | Defendant's Response (Admit / Dispute + Brief Explanation) | Evidence Supporting Response (cite exhibit, page, line) |
|---|---|---|---|
| [1-3-16] | In July 2018, Dr. Munzer Sundos ("Dr. Sundos") founded Nupeutics to develop and sell health and wellness supplements. Sundos Declaration at ¶ 4. | Disputed. Nupeutics was created by Sundos in anticipation of being hired as CEO of Defendant's existing company – DrJess.com, a KY limited liability company | Peatross Declaration at ¶14; page 3 of Exhibit A ¶¶11 - 35 |
| [1-3-17] | Dr. Sundos has a PhD in Biology and Life Science from North Dakota State University and over thirty years' professional experience in the fields of health care and biotechnology.  Id. at ¶¶ 2-3. | Admit/Undisputed | |
| [1-3-20] | Nupeutics was founded to go into business with Defendant. Id. at ¶ 4. | Disputed. Mundos created Nupeutics while employed as CEO of DrJess.com, LLC | Peatross Declaration at ¶14; page 3 of Exhibit A ¶¶11 - 35 |
| [1-3-20] | Defendant was an Instagram influencer with a substantial following who | Admit/Undisputed | |

| | | | |
|---|---|---|---|
| | owned her own health and wellness company DrJess.com LLC.  Id. | | |
| [1-3-22] | The collaboration would combine Defendant's established brand with the expertise of Dr. Sundos in the sale of health and wellness supplements. | Admit/Undisputed | |
| [1-3-24] | In order to effectuate the collaboration, Defendant entered into that certain New Shareholder Agreement (the "Shareholder Agreement") with Nupeutics' principals, Dr. Sundos and George Ayoub ("Mr. Ayoub"). See RFJN at Exhibit 3¶ 8, Exhibit 4 ¶ 6. | Admit/Undisputed | |
| [1-3-26] | Dr. Sundos and Mr. Ayoub agreed to sell 30,000 of their shares in Nupeutics to Defendant in exchange for Defendant transferring to Nupeutics certain of her assets (the "DR. JESS Assets"). See Sundos Declaration Exhibit 1 at §§ 2.1.2; 2.2.1; 2.2.2. | Disputed.<br><br>The 30,000 shares were promised to Defendant in exchange for Dr.Jess Assets, position as Medical Director and role in management via board seat and officer position. The shares were not issued to Defendant. | Peatross Declaration at ¶14; page 3 of Exhibit A ¶¶35 - 40 |
| [1-4-4] | As part of the same transaction, Defendant also entered into that certain | Disputed. | Peatross Declaration at ¶14; page 3 of |

| | | | |
|---|---|---|---|
| | Sales Agreement (the "Sales Agreement") with Nupeutics, by which Defendant agreed to transfer the DR.JESS Assets identified in the Shareholder Agreement to Nupeutics in exchange for 1,000,000 shares in Nupeutics. See RFJN at Exhibit 3 ¶ 9, Exhibit 4 ¶ 8; Sundos Declaration Exhibit 2 at §§1, 3. | Despite the promise to transfer 1,000,000 shares to Defendant. Debtor was not authorized to have more than 10,000 shares. | Exhibit A ¶¶35 - 40 |
| [1-4-9] | Included in the Dr. Jess Assets were the trademarks (i) KILL BIND SWEAT, #6,095,141; (ii) DR. JESS [stylized logo], #6,061,725; and (iii) DR. JESS, 5,832,435 (collectively, the "Trademarks"). See RFJN at Exhibit 3 ¶ 10, Exhibit 4 ¶ 9; Sundos Declaration ¶ 9. | Disputed.<br><br>At the time, the trade names and/or branding, were not registered trademarks. Applications to register the trademarks post-date the sales agreement. | Peatross Declaration at ¶21; page 1 of Exhibit H; page 1 of Exhibit I; page 1 of Exhibit J |
| [1-4-13] | Thereafter, the Trademarks became the foundation of Nupeutics' business.  Nupeutics used the Trademarks for brand names of its products (collectively, the "Dr. Jess Products") and to market the Dr. Jess Products. | Disputed.<br><br>Statement contradicted by Plaintiff's witness. | See Sundos Declaration at ¶10 |

| [1-4-16] | Based on the sales of Dr. Jess Products, Nupeutics was immediately successful, reaching gross sales of $385,232.00 by 2020. See RFJN at Exhibit 2 #1. | Disputed.<br><br>Debtor's Statement of Financial Affairs states $385,232 as income *for* 2020, not *by* or otherwise prior to 2020. | FRE Rule 701 |
|---|---|---|---|
| [2-4-19] | Beginning in July 2019, the relationship between Nupeutics and Defendant deteriorated, leading to Defendant's resignation from Nupeutics in or about October 2019. See Sundos Declaration at ¶ 11. | Admit | |
| [2-4-22] | On or about October 25, 2019, Nupeutics filed a complaint against Defendant initiating the case entitled Nupeutics Natural, Inc. v. Peatross, et al., Case No. 37-2019-00057074-CU-BC-NC (the "State Court Case") in the California Superior Court for the County of San Diego (the "State Court"). See RFJN at Exhibit 3 ¶ 11; Sundos Declaration ¶ 11. | Admit | |
| [2-4-25] | Nupeutics asserted claims based on Defendant's alleged efforts to damage | Admit | |

| | | | |
|---|---|---|---|
| | Nupeutics' business after her resignation (collectively, the "Nupeutics Claims"). See RFJN at Exhibit 3 ¶ 11. | | |
| [2-5-1] | In response, on or about November 23, 2020, Defendant filed a cross-complaint against Nupeutics, Dr. Sundos, and Mr. Ayoub, among others, in the State Court Case, asserting claims based on alleged fraud related to Defendant's joining Nupeutics (collectively, the "Defendant Claims"). See RFJN at Exhibit 3¶ 12; Sundos Declaration ¶ 11. | Admit | |
| [3-5-6] | On or about June 30, 2021, Defendant, Dr. Sundos, Mr. Ayoub, and Nupeutics (collectively, the "Settlement Parties") entered into that certain Settlement Agreement and Mutual General Release (the "Settlement Agreement") for the settlement of all claims, disputes, and causes of action between them that were or could have been brought in the State Court | Admit | |

| | | | |
|---|---|---|---|
| | Case, including the Nupeutics Claims and the Defendant Claims. | | |
| [3-5-14] | The Settlement Agreement provides that:<br>1) Nupeutics will Defendant an exclusive, non-transferrable, irrevocable, royalty-free license in the Trademarks for six (6) months (the "Licensing Period"), at the end of which time Nupeutics would irrevocably assign the Trademarks to Defendant.<br>2) Defendant will transfer all of her shares in Nupeutics (the "Returned Shares") back to Nupeutics, free and clear of all encumbrances.<br>3) The Settlement Parties agree to not make or cause to be made any oral or written statements intended to or reasonably likely to disparage any other Settlement Party (the "Non-Disparagement Clause").<br>4) The Settlement Parties agree to issue a joint statement regarding the | Admit | |

|  |  |  |  |
|---|---|---|---|
|  | Settlement Agreement (the "Joint Statement"). 5) The Settlement Parties agree to file Request for Dismissal of all claims in the State Court Case, including the Nupeutics Claims and the Defendant Claims, with prejudice (the "Dismissal of Claims"). 6) The Settlement Parties release any and all claims, as defined in the Settlement Agreement, against one another and their respective successors, attorneys, and employees (the "Mutual Releases"). |  |  |
| [3-6-10] | As admitted by Defendant in her RFA Responses, Nupeutics and Defendant benefited equally from the Non-Disparagement Clause, the Joint Statement, the Dismissal of Claims, and the Mutual Releases. | Admit |  |
| [3-6-14] | To the extent that Nupeutics received any value, Nupeutics transferred equal value to Defendant pursuant to the Non-Disparagement Clause, the Joint | Admit |  |

| | | | |
|---|---|---|---|
| | Statement, the Dismissal of Claims, and the Mutual Releases. | | |
| [4-6-18] | The Licensing Period ended on December 30, 2021. | Admit | |
| [4-6-19] | As provided in the Settlement Agreement, Nupeutics assigned the Trademarks to Defendant (the "Transfer") and lost the ability to use the Trademarks in its business. | Disputed

The Settlement Agreement language is conditional; official assignment not filed with USPTO | Peatross Declaration at ¶21; page 10 of Exhibit H; page 10 of Exhibit I; page 10 of Exhibit J |
| [4-6-22] | As a result, Nupeutics was no longer able to continue marketing and selling the Dr. Jess Products. Id. | Disputed.

Nupeutics had ceased marketing Dr.Jess products long before the alleged transfer. | Peatross Declaration at ¶¶15-20; 22-23. Exhibits B-G, K |
| [4-6-23] | Instead, Nupeutics was only able to sell products under the "Nupeutics Natural" brand (collectively, the "Nupeutics Natural Products") See Id. ¶¶ 16, 17. | Admit | |
| [4-6-26] | As a direct result, Nupeutics' sales plummeted. | Disputed.

Decrease in sales cannot be directly related to alleged transfer since | FRE 701;

Peatross Declaration at |

DEFENDANT'S STATEMENT OF CONTESTED FACTS AND/OR ISSUES - 9

| | | Nupeutics rebranded fully by June 30, 2020. Transfer is invalid | ¶¶15-20; 22-23. Exhibits B-G, K; Debtor's SOFA, Part 6, Number 13 |
|---|---|---|---|
| [4-6-26] | Nupeutics was unable to sell the Nupeutics Natural Products at the same volume at which it was able to previously sell the Dr. Jess Products. | Disputed.<br><br>Debtor ceased selling Dr.Jess products by June 30, 2020. | FRE 701;<br><br>Peatross Declaration at ¶¶15-20; 22-23. Exhibits B-G, K |
| [4-7-1] | For the calendar year 2021, while Nupeutics was still able to market and sell the Dr. Jess Products, its gross revenue was $299,018.00. | Disputed<br><br>Debtor ceased selling Dr.Jess products by June 30, 2020. | FRE 701;<br><br>Peatross Declaration at ¶¶15-20; 22-23. Exhibits B-G, K |
| [4-7-3] | For the calendar year 2022 (through the November 17, 2022 Petition Date), Nupeutics' gross revenue, based solely on the sale of Nupeutics Natural Products, was $52,621.00. | Admit | |
| [4-7-6] | The drastic decrease in Nupeutics' gross revenue from 2021 to 2022 was the direct result of Nupeutics transferring the Trademarks to Defendant because Nupeutics could no longer market and sell the Dr. Jess Products. See | Disputed.<br><br>Decrease in sales cannot be directly related to alleged transfer since Nupeutics rebranded fully by June 30, 2020. Transfer is invalid as assignment in gross. | FRE 701;<br><br>Peatross Declaration at ¶¶15-20; 22-23. Exhibits B-G, K; Debtor's SOFA, Part 6, Number 13 |

| | | | |
|---|---|---|---|
| | Sundos Declaration ¶¶ 17, 18. | | |
| [5-7-10] | As of the Petition Date, Nupeutics had $112,182.00 in assets, comprised almost exclusively of unsold Nupeutics Natural Products inventory ($112,062.00). RFJN Exhibit 1 at Schedules A/B. | Admit<br><br>Insufficient context in evidence to admit or dispute. | |
| [5-7-13] | In the eleven months between the Transfer and the Petition Date, Nupeutics only sold and/or transferred $90,621.00 in assets, comprised of $52,621.00 in sales of Nupeutics Natural Products inventory and $38,000 in expense reimbursements to Mr. Sundos.  RFJN Exhibit 2 at #1,4. | Admit.<br><br>Insufficient context in evidence to admit or dispute. | |
| [5-7-16] | Accordingly, immediately after the Transfer, Nupeutics had approximately $202,803 in assets. | Admit.<br><br>Insufficient context in evidence to admit or dispute. | |
| [5-7-18] | At the time of the Transfer, Nupeutics had at least $299,000.00 in liabilities. RFJN Exhibit 1 at Schedules E/F. | Disputed.<br><br>Sundos claim invalid and unsupported. No claim filed. | Claims Register in Nupeutics bankruptcy; FRBP Rule 3001 |
| [5-7-19] | Accordingly, at the time of the Transfer, Nupeutics' | Disputed. | Schedules E/F; FRBP Rule 3001 |

| | | | |
|---|---|---|---|
| | liabilities were significantly greater than its assets. | Sundos claim is largest alleged debt. Schedule E/F states debt incurred in 2022 for unpaid wages. | |
| [5-7-21] | Actual creditors holding unsecured claims allowable under 11 U.S.C. Section 502 existed as of the date of the Transfer and as of the Petition Date including California Bank & Trust, Munzer Sundos, and the Internal Revenue Service. RFJNExhibit 1 at Schedules E/F, #2.1, 3.1; Exhibit 5. | Disputed. Actual creditors do not include Sundos. Sundos claim incurred in 2022 and unsupported. No claim filed. | Schedules E/F; FRBP Rule 3001; Claims Register |
| [5-7-25] | Defendant has not returned the Trademarks or any portion of the value of the Trademarks to Nupeutics or the Trustee. | Disputed. Defendant offered to give subject trademarks to Trustee in April 2024. | Peatross Decl ¶27; Joshi Decl ¶ |
| [B-8-2] | The Trustee and Defendant dispute whether Nupeutics' assignment of the Trademarks was effective since it was not recorded with the United States Patent and Trademark Office (the "USPTO"). | Admit | |
| [B-8-4] | As established herein, however, Nupeutics assigned the Trademarks to Defendant pursuant to the | Disputed. Assignment of trademarks not valid and | Peatross Declaration at ¶21; page 10 of Exhibit H; page |

| | terms of the Settlement Agreement at the end of the Licensing Period on or about December 30, 2021. | not registered with USPTO. | 10 of Exhibit I; page 10 of Exhibit J |
|---|---|---|---|
| [B-8-6] | Further, recording a trademark assignment with the USPTO is not necessary to effectuate the assignment. | Disputed | |
| [B-8-9] | Defendant has not admitted that Nupeutics was insolvent at the time of the Transfer. | Disputed.<br><br>Actual creditors do not include Sundos. Sundos claim incurred in 2022 and unsupported. No claim filed. | Schedules E/F; FRBP Rule 3001; Claims Register |
| [B-8-10] | As established herein, however, Nupeutics' liabilities were greater than its assets at the time of the Transfer and its financial condition continued to deteriorate for months until the bankruptcy filing. | Disputed.<br><br>Actual creditors do not include Sundos. Sundos claim incurred in 2022 and unsupported. No claim filed. | Schedules E/F; FRBP Rule 3001; Claims Register |
| [B-8-12] | Accordingly, there is no actual genuine issue as to any material fact, and this matter is appropriate to determine on summary judgment. | Disputed. | Defendant's Statement of Contested Facts. |

Based on the above, Defendant requests that the Court deny summary judgment as sufficient issues of material fact exist.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

Joshi Law Group

Dated:  May 23, 2025

By: /s/ Deepalie Milie Joshi, Esq.
      Deepalie Milie Joshi, Esq.,
      Attorney for Defendant,
      Dr. Jessica Peatross

1    Deepalie Milie Joshi, Esq., SBN 270303
2    JOSHI LAW GROUP
     3675 Ruffin Road, Suite 220
3    San Diego, CA 92123
     Tel: (619) 822-7566
4    E-mail: milie@joshilawgroup.com

5    Attorney for Defendant, Jessica Laine Peatross

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **SOUTHERN DISTRICT OF CALIFORNIA**

9

10

11   In re:                                    )   Case No.: 22-02956-JBM7
                                                )
12   *Nupeutics Natural, Inc.*,                 )   Adv. No.: 24-90036-JBM
                                                )
13                                              )   **DECLARATION OF DEFENDANT,**
              Debtor.                           )   **DR. JESSICA LAINE PEATROSS IN**
14                                              )   **SUPPORT OF OPPOSITION TO**
                                                )   **TRUSTEE'S MOTION FOR**
15   _____           )   **SUMMARY JUDGMENT AND/OR**
                                                )   **SUMMARY ADJUDICATION AS TO**
16   LESLIE T. GLADSTONE, Chapter 7             )   **2nd, 3rd, AND 4th CAUSES OF ACTION**
     Trustee,                                   )
17                                              )
                                                )
18              Plaintiff,                       )
                                                )
19   v.                                         )   Date:   07/16/2025
                                                )   Time:   10:00am
20   JESSICA LAINE PEATROSS,                    )   Dept:   Two
                                                )   Room:   118
21                                              )   Honorable J. Barrett Marum
              Defendant.                         )
22   _____           )

23

24          I, DR. JESSICA LAINE PEATROSS, am over the age of 18. I possess personal

25   knowledge of the facts contained herein, and do hereby declare under the penalty of perjury

26   under the laws of this state and this federal jurisdiction as follows:

27

28

---

*Leslie T. Gladstone v. Jessica Lain Peatross*                           24-90036-JBM

Declaration of Dr. Jessica Laine Peatross in Support of Opposition to Trustee's Motion for Summary
Judgment/Summary Adjudication - 1

1.      I, Jessica Laine Peatross, am an individual who resides in North Carolina, and I am the Defendant named in this adversary proceeding.

2.      I am a licensed, double-certified medical doctor of internal medicine.

3.      In 2015, I began exploring and researching more natural medical treatments than those used in traditional western medicine.  I started sharing what I had learned with my patients, and prescribed the natural alternatives when appropriate.  I also started posting videos online via my social media accounts sharing my findings with the general public.

4.      I amassed substantial followers to my social media accounts from people who subscribed to my videos and posts.  To help manage the growth and expand my career, I created a limited liability company in Kentucky called DrJess.com, LLC, and I continued with my business under that entity.

5.      By February of 2018, my business had grown to the point where I could no longer manage the operations by myself.  I partnered with Dr. Daniel Yazbeck ("Yazbeck") whose job duties included the administrative tasks of running the business so I could focus on patients and content. Unfortunately, Yazbeck was not able to manage the administrative tasks to keep the business running smoothly.

6.      In July 2018, I hired Munzer Sundos ("Sundos") to be the CEO of DrJess.com, LLC. We became fast friends, and I felt that I could trust him. I was not involved when Sundos and his associate George Ayoub ("Ayoub") created a new corporation called Nupeutics Natural, Inc. ("Nupeutics" or "Debtor") that same month.

*Leslie T. Gladstone v. Jessica Lain Peatross*                                                24-90036-JBM

Declaration of Dr. Jessica Laine Peatross in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 2

7.     Yazbeck did not get along with Sundos. As a result, Yazbeck began making demands to be bought out of his alleged interests in DrJess.com, LLC. Sundos and Ayoub encouraged the discord.  By September 2018, my relationship with Yazbeck had deteriorated and Yazbeck filed suit against me.

8.     In October 2018, Sundos and Ayoub persuaded me to join Nupeutics to protect the Dr.Jess brand and following.  I was encouraged not to consult with an attorney. Sundos and Ayoub presented me with a Shareholder Agreement under which I would receive 30,000 shares of common stock in Nupeutics from Sundos and Ayoub as consideration to join Nupeutics as the Medical Director.  I was also presented with a Sales Agreement under which I was to transfer DrJess.com, LLC to Nupeutics in exchange for 1,000,000 shares. I signed the Shareholder Agreement on October 12, 2018, and I signed the Sales Agreement on October 14, 2018 (collectively the "Agreements").

9.     Before signing the agreements, I had been repeatedly assured by Sundos and Ayoub that I would be heavily involved in the management, development, and governance of Nupeutics.  Soon after, it became clear that those assurances were false and misleading.

10.     Over the following nine months, Sundos and Ayoub had excluded me from any type of managerial or governing role within the company. For example, I was not informed that Nupeutics had appointed a Board of Directors, from which I was excluded. I was also unaware that Nupeutics had submitted applications to register Dr.Jess and the Dr.Jess stylized logo as registered trademarks owned by Nupeutics.  In July 2019, I learned

*Leslie T. Gladstone v. Jessica Lain Peatross*                                    24-90036-JBM

Declaration of Dr. Jessica Laine Peatross in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 3

from a biochemist with whom I was friendly and who was involved in manufacturing Dr.Jess supplements that the Nupeutics board had instructed the manufacturer to alter the Dr.Jess supplement formulas to include inferior ingredients.

11.    Also around July 2019, I learned that Sundos had been purporting himself as the co-founder and/or co-creator of the Dr.Jess supplements and health regiments, including the supplements and health regiments created by me under DrJess.com, LLC.

12.    I began voicing my concerns to Sundos and Ayoub.  In September 2019, when I voiced my disagreements and said that I wanted to leave Nupeutics, Sundos threatened to sue me and my significant other.  Around the same time, Sundos started changing Dr.Jess social media accounts and product names to the name Nupeutics.

13.    On October 21, 2019, I resigned as Medical Director of Nupeutics. That same day, Nupeutics blocked me from all of the social media accounts and email accounts I had created for DrJess.com, LLC as well as my personal social media accounts.  Within weeks, Nupeutics systematically removed any trace of "Dr.Jess" from its products and any content regarding Nupeutics' products.

14.    On October 25, 2019, Nupeutics filed suit against me, and I filed a countersuit against Nupeutics, Mundos, and Ayoub the following month. A true and correct copy of the Amended Verified Cross-Complaint is attached hereto as **Exhibit A**.

15.    On November 20, 2019, an online article was published by patch.com which discussed Nupeutics Health supplement lines and wellness blends.   The products

*Leslie T. Gladstone v. Jessica Lain Peatross*                                                    24-90036-JBM

Declaration of Dr. Jessica Laine Peatross in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 4

referenced in the article were all branded as Nupeutics Health products and made no mention or reference to Dr.Jess. A true and correct copy of the online article is attached hereto as **Exhibit B.**

16.    On or around January 03, 2020, Nupeutics posted a video to their YouTube channel (http://www.youtube.com/@nupeuticshealth9336) in which Nupeutics had rebranded one of the Dr.Jess supplements as "Nupeutics Natural Microbiome Master." A true and correct copy of the YouTube video screen capture is attached hereto as **Exhibit C** and can be viewed at https://youtu.be/-ALTgKaT8hY?si=YDb9GPZkiTPlEwBe.

17.    On or around February 10, 2020, an article was published in the Los Angeles magazine, LA's The Place which reviewed the new Nupeutics product line. A true and correct copy of the online article is attached hereto as **Exhibit D**. In that article, the only mention of Dr.Jess is at the very bottom referencing an Instagram account called @dr.jess.by.nupeutics.

18.    On or around June 23, 2020, an article was published on medium.com announcing Nupeutic's new brand design. In the article all of the Dr.Jess supplement products are rebranded under the name Nupeutics Health, but the article makes no reference to Dr.Jess in any way.  A true and correct copy of the medium.com article is attached hereto as **Exhibit E**.

19.    On June 30, 2020, an article was published by wholefoodsmagazine.com announcing the Nupeutics Supplement Rebrand.  The article makes no reference to the

*Leslie T. Gladstone v. Jessica Lain Peatross*                                                      24-90036-JBM

Declaration of Dr. Jessica Laine Peatross in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 5

Dr.Jess brand, trademark, product line or label in any shape or form.  A true and correct copy of the wholefoodsmagazine.com article is attached hereto as **Exhibit F**.

20.     On July 30, 2020, Nupeutics had removed all Dr.Jess branded products from its webstore and products previously branded as Dr.Jess were rebranded under the name Nupeutics Health.  An example of a Dr.Jess product being rebranded as a Nupeutics Health product is evidenced by an article published on clubandresortbusiness.com of which a true and correct copy is attached hereto as **Exhibit G.**

21.     By July 07, 2020, Nupeutics was the registered owner of all of the trademarks associated with Defendant – Dr.Jess, Dr.Jess Stylized, and Kill, Bind, Sweat. A true and correct copy of the trademark registration records from the United States Patent & Trademark Office is attached hereto as **Exhibit H** (Dr.Jess), **Exhibit I** (Dr.Jess Stylized), and **Exhibit J** (Kill Bind Sweat).

22.     On     August     13,     2020,     Nupeutics     YouTube     channel (http://www.youtube.com/@nupeuticshealth9336) posted a video in which "Dr. Rachael" discussed the benefits of the Nupeutics Health products. In the video, none of the products bear the Dr.Jess label, nor is there any reference made to "Dr.Jess." A true and correct copy of the YouTube video screen capture is attached hereto as **Exhibit K** and can be viewed at https://youtu.be/FdKJakouck0?si=Ak29erE_tkbNGDtL.

23.     More than a year after Nupeutics official rebrand, the state court action was settled under the terms of the Global Settlement Agreement ("Settlement") executed on

*Leslie T. Gladstone v. Jessica Lain Peatross*                                    24-90036-JBM

Declaration of Dr. Jessica Laine Peatross in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 6

June 30, 2021. The Settlement includes an attachment itemizing Nupeutics inventory referred to as "Dr.Jess Product." However, the inventory refers specifically to products which had already been rebranded as Nupeutics Health products. A true and correct copy of the Settlement Agreement is attached hereto as **Exhibit L**.

24.    On October 26, 2021, Nupeutics posted an announcement on its Facebook page informing customers that their products were now "bank in stock." A true and correct copy of the Facebook post is attached hereto as **Exhibit M**.

25.    After the licensing period under the Settlement ended on December 30, 2021, I assumed that the Dr.Jess trademarks had transferred to me and that Nupeutics had taken steps to make the transfer effective and final. The only reason that I agreed to the licensing period and other terms of the Settlement is because the Settlement gave me peace of mind that Nupeutics, Sundos, and Ayoub would not be able to use my name to create and sell crappy products. In my opinion, Nupeutics kept the trademarks after I resigned out of revenge since any of my products were rebranded by Nupeutics within 2 months of my resignation.

26.    Nupeutics filed for bankruptcy on November 17, 2022. In Nupeutics' bankruptcy Schedules E/F, Nupeutics lists its largest creditor as Munoz Sundor. I am immediately suspicious of this alleged debt because when I was the Medical Director of Nupeutics, I was significantly underpaid, while Sundor gave himself an exorbitant salary. Any Medical Director Nupeutics hired after my resignation likely would have demanded a

*Leslie T. Gladstone v. Jessica Lain Peatross*                                    24-90036-JBM

Declaration of Dr. Jessica Laine Peatross in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 7

reasonable salary. Therefore, it could be possible that Nupeutics' revenue decreased to an increase in their expenses after the licensing period.

27.    After I was served with the Trustee's adversary complaint, I offered to give the trademarks to the Trustee, but this offer was refused.


I declare under the penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 27th Day of May 2025 in Ibiza, Spain.

*/sJessica Laine Peatross, MD*
Jessica Laine Peatross, MD, Defendant

*Leslie T. Gladstone v. Jessica Lain Peatross*                                    24-90036-JBM

Declaration of Dr. Jessica Laine Peatross in Support of Opposition to Trustee's Motion for Summary Judgment/Summary Adjudication - 8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT - A

1  Charles C. Weller (SBN: 207034)
   CHARLES C. WELLER, APC
2  11412 Corley Court
   San Diego, California 92126
3  Tel: 858.414.7465
   Fax: 858.300.5137
4
5  Attorney for Plaintiff Jessica Peatross, M.D.

6

7              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                     **COUNTY OF SAN DIEGO**

9

10  NUPEUTICS NATURAL, a California        )
    corporation,                          )
11                                         )
                  *Plaintiff,*             )
12                                         )
          vs.                              )
13                                         )
    JESSICA PEATROSS, M.D., an individual; )
14  JASON MOON, an individual; and DOES 1  )
    through 20, inclusive,                 )
15                                         )
                  *Defendants.*            )   LEAD CASE:
16  _____  )   37-2018-00055626-CU-CO-NC
                                           )
17  JESSICA PEATROSS, M.D., an individual, )   CONSOLIDATED CASE:
                                           )   37-2019-00057074-CU-BC-NC
18                *Cross-Complaint*         )
                  *Plaintiff,*             )   Assigned for all purposes to:
19                                         )   Hon. Cynthia A. Freeland, Dept. 27
          vs.                              )
20                                         )   **AMENDED CROSS-COMPLAINT FOR**
    DANIEL YAZBECK, an individual;         )   **INTENTIONAL DECEPTION AND**
21  GEORGE AYOUB, an individual;           )   **ACTUAL AND CONSTRUCTIVE**
    MUNZER M. SUNDOS, an individual;       )   **FRAUD, RESCISSION, EQUITABLE**
22  NUPEUTICS NATURAL, INC., a California   )   **AND DECLARATORY RELIEF, AND**
    corporation,                           )   **DAMAGES**
23                                         )
                  *Cross-Complaint*         )   Jury Trial Demanded
24                *Defendants.*             )
                                           )   Original Complaint Filed: October 25, 2019
25                                         )   Trial Date: None Set
                                           )
26                                         )
                                           )
27  _____  )

28

                                    -1-
    AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD,
          RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

Pursuant to California Code of Civil Procedure § 428.10, Dr. Jessica Peatross files the following Cross-Complaint, and alleges the following.

## JURISDICTION AND VENUE

1. This action arises under California law and the amount in controversy exceeds $25,000.00.

2. Jurisdiction is proper pursuant to Cal. Civ. Proc. Code §§ 410.10 and 410.50.

3. Venue is proper in this judicial district pursuant to Cal. Civ. Proc. Code § 395.

## PARTIES

4. Plaintiff Jessica Peatross, M.D. was, at all times relevant, a resident of San Diego County, California.

5. Defendant George Ayoub, was, at all times relevant, a resident of San Diego County, California.

6. Defendant Munzer M. Sundos was, at all times relevant, a resident of San Diego County, California.

7. Defendant Nupeutics Natural, Inc. ("Nupeutics") was, at all times relevant, a California corporation with its principal place of business in San Diego County, California.

## FACTUAL ALLEGATIONS

**A.    Dr. Peatross Builds DrJess.com.**

8. Dr. Peatross is a licensed physician who is board certified in internal medicine. She holds a bachelor's degree in biology and a medical degree from the University of Louisville and served as a hospitalist at a level one trauma center in Louisville, Kentucky for nearly seven years and as the medical director of Adventist Hospital in Oregon for two years.

9. By 2015, Dr. Peatross became increasingly disenchanted with traditional Western medicine, which she views as inadequate to address the root causes of disease, pain,

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

and infection. At that time, Dr. Peatross began training in Gerson Therapy, a well-regarded method for health and wellbeing that emphasizes natural foods, juicing, enemas, as well as ozone therapy, and was trained by Dr. Julian Whitaker, M.D. while working at Whitaker Wellness, reversing heart disease and autoimmunity issues. She also continued to practice as a traditionally trained physician while beginning to consult in alternative medicine and wellness techniques.

10.    Dr. Peatross began to advocate online and in person for non-traditional and holistic approaches to medicine that are often ignored or minimized by practitioners of traditional allopathic medicine, and to provide education about these approaches. She gained a large audience with natural traction through education. The community of persons interested in non-traditional medicine is large and growing, and there are frequent debates within that community about the safest and most effective treatments and dietary supplements.

11.    In 2016, after several years of treating patients using these methods and personal advocacy for these methods, Dr. Peatross founded her own company, a Kentucky limited liability company called DrJess.com. Through DrJess.com, she began to offer wellness consultations to individual patients emphasizing holistic and non-traditional approaches to treat medical issues such as Lyme disease, mold reactions, parasites, sleep disorders, hormone imbalance, and other ailments. In addition, she developed and marketed a line of dietary nutrigenomic supplements under the "Dr. Jess" brand name to address many of the same conditions. She formulated these supplements herself and began operating in the garage of her home.

12.    Primarily trained as a physician and alternative medicine practitioner, Dr. Peatross was unsophisticated and inexperienced in business, financial, and corporate governance matters.

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

13.     Knowing as she did that safety and efficacy are of overriding importance to persons seeking to use non-traditional dietary supplements and wellness techniques, and knowing that the quality of these products reflected directly on her since they bore her name, Dr. Peatross made strenuous efforts to ensure that these services and supplements were of high quality. She insisted that the supplements be manufactured under exacting standards in a Good Manufacturing Practices, or "GMP" certified facility once she had the funds, frequently inspected and sampled products during manufacture to ensure their quality, and consulted regularly with the manufacturers. She frequently reviewed Certificates of Analysis and testing documents that evidenced the safety, potency, and efficacy of the supplements being sold under the DrJess.com label.

**B.     Yazbeck Breaches His Duties to DrJess.com and to Dr. Peatross.**

14.     Krista Pfeiffer, a non-party to this dispute, owned a 49 percent membership interest in DrJess.com.

15.     Under the Operating Agreement that governed the formation, management, and disposition of DrJess.com, no membership interest could be disposed of "[w]ithout an opinion of counsel, satisfactory to the Members, that such an assignment is subject to an effective registration under, or exempt from the registration requirements of, the applicable state and federal securities laws." Operating Agreement, Art. XI.1.2. The Agreement further states that "[a]ny attempted Disposition of a Membership Interest, or any part thereof, not in compliance with this Article is null and void ab initio."

16.     In February 2018, Dr. Peatross attempted to bring on a partner, Daniel Yazbeck, to replace Pfeiffer, who indicated that she wanted to sell her interest in the company. Pfeiffer surrendered her interest to Dr. Peatross, who then purported to convey that interest to Yazbeck. Dr. Peatross retained a majority ownership of 51 percent of DrJess.com, and Mr.

Yazbeck purportedly held a 49 percent interest. The resolution purporting to effect the transfer of the membership interest stated that all provisions of the Operating Agreement remained in effect.

17.    The new partnership was not successful. Mr. Yazbeck refused to pay vendors and suppliers, in violation of existing contracts; degraded relationships with vendors; refused to comply with existing contracts and obligations; and used money and other assets to pay for other businesses that he held interests in, all in violation of the duties of loyalty and care that he owed to the company and to his partner and the majority member, Dr. Peatross.

18.    As the company grew, it became apparent that Dr. Peatross could no longer carry out her work as a physician and consultant and oversee the supplement manufacturing process while acting as chief executive of the company. Accordingly, the company began interviewing Munzer Sandos as candidate to serve as chief executive officer. Yazbeck repeatedly delayed the hiring process over the course of several months, during which Dr. Peatross was working long hours, almost every day, and in emails to Sundos inaccurately described himself as the "co-founder" of DrJess.com. Finally, after nearly six months of delay caused by Yazbeck, Dr. Peatross ordered the hiring of Sundos as CEO. Yazbeck had asked Dr. Peatross to take an "owner's cut" to "drain the bank account," to test Sundos's skills as the new CEO and "see what he was made out of." Dr. Peatross disagreed and refused to do so. The day after Sundos was hired, Yazbeck attempted to fire the new CEO by email without notice to or approval from Dr. Peatross, the majority owner of the company.

19.    Peatross learned of this attempt to fire Sundos shortly thereafter. On July 19, 2018, through counsel, she advised Yazbeck that the resolution purporting to transfer a 49 percent membership interest to him was void, because it failed to comply with Article XI.1.2 of the Operating Agreement. She demanded that he cease and desist from representing himself

as a member of DrJess.com and indicated that she intended to return to Yazbeck all payments

he had made to secure his purported membership interest.

      **C.**      **Nupeutics, Ayoub, and Sundos Fraudulently Induce Dr. Peatross to Sign the Shareholder's Agreement.**

      20.      In the weeks after Yazbeck's departure from the company, Dr. Peatross

frequently expressed her concerns to Munzer Sundos, the company's new CEO, that Yazbeck

was likely to sue her and DrJess.com. Sundos frequently played up and amplified these

concerns, telling Dr. Peatross that Yazbeck was likely to take control of the company through

a lawsuit and would take every asset the company had. He expounded on this prediction at

length at a long meeting the two held with Dr. Peatross' fiancée, Jason Moon, on July 24, 2018

at a coffee shop in Del Mar, California.

      21.      Sundos and his friend, Ayoub, invited Dr. Peatross and Moon to join them for

dinner or drinks nearly weekly between July and October 2018. The threat to the company

posed by Yazbeck's litigation posed was a frequent topic of conversation at these dinners.

These conversations caused Dr. Peatross significant distress and emotional turmoil as she

contemplated the loss of a substantial portion of her life's work.

      22.      Peatross trusted Sundos at the time of these conversations and spoke candidly to

him, relying on the duty of loyalty he owed her in his capacity as CEO of DrJess.com. Dr.

Peatross has come to believe that he used his position as CEO of the company to gain

information and intelligence useful to him in wresting control of DrJess.com away from her.

      23.      On or about August 22, 2018, Moon sent Peatross an email suggesting that

DrJess.com be sold to a holding company as a possible way of protecting assets from a

lawsuit. Dr. Peatross and Moon shared this idea with Sundos and Ayoub at a dinner held at a

restaurant in La Jolla, California, on or about August 22, 2018.

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

24.     On or about September 17, 2018, Sundos and Ayoub, in meetings held in the DrJess.com offices, first pitched their scheme of purchasing DrJess.com through a new corporation they would form, Nupeutics.

25.     On information and belief, this company was formed for the sole purpose of wresting control of DrJess.com from Dr. Peatross. Ayoub and Sundos incorporated this company and were its sole and controlling members, and additionally served as chief executive officer (Sundos) and treasurer (Ayoub).

26.     Preying on Dr. Peatross's lack of business and corporate governance experience, Ayoub and Sundos told her at this September 17 meeting that a sale of DrJess.com to Nupeutics was the only way to "shield" and "protect" the company from Yazbeck's inevitable lawsuit following the July 19, 2018 cease and desist letter and that, if she did not sell the company to them, she would lose control of the company she had built and that bore her name to Yazbeck.

27.     Ayoub and Sundos assured Dr. Peatross that she would have a significant role in managing the new company, including remaining as Medical Director with oversight of the formulation and manufacturing process, in order to ensure that the dietary supplements sold under her name would continue to be manufactured to her standards of safety and efficacy. They also agreed at this September 17 meeting that no other brands of dietary supplements or wellness products would be sold under the Nupeutics umbrella.

28.     Dr. Peatross, Moon, Ayoub, and Sundos had a follow-up meeting over dinner at a restaurant in Del Mar, California on or about September 20, 2018. At that meeting, Sundos and Ayoub reiterated the promises they made in the earlier meeting: that Dr. Peatross would be Medical Director of the company with oversight of product development and formulation and

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

that no other brands of supplements or wellness products would be sold under the new company's umbrella.

29.    At this dinner meeting, Ayoub also stated that Dr. Peatross and Moon would be given seats on the company's board, in order that Dr. Peatross's "voice would never be drowned out in your own company." Sundos nodded in agreement with this comment. They also promised that she would have access to the company's social media accounts, so that she could continue to be active in promoting the company and the products sold under her name; and could focus more directly on patients and continue her advocacy on behalf of alternative health and wellness techniques and practices.

30.    Relying on these promises, Dr. Peatross suggested that Sundos and Ayoub draft an agreement for review.

31.    Dr. Peatross met again with Sundos and Ayoub, along with attorneys Moataz Hamsa and John Estefanos (who were drafting the agreement for Sundos and Ayoub), at Mr. Estefanos' offices on or about October 4, 2018, to discuss a possible sale of the company to the newly-formed Nupeutics. Sundos and Ayoub again stated at this meeting that she and Moon would be given board seats and reiterated earlier promises about oversight of product formulation and development and access to social media sites.

32.    These promises were again reiterated by Sundos and Ayoub at a dinner meeting with Dr. Peatross and Moon on October 9, 2018 in La Jolla, California; and by Sundos at a meeting in the company's offices on October 12, 2018, just prior to signing the agreement to sell the company.

33.    Again preying on Dr. Peatross's lack of business sophistication, Ayoub and Sundos, acting as agents of Nupeutics, presented her with a Shareholder's Agreement the week of October 9, 2018. Under this agreement, Dr. Peatross would relinquish control of

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

DrJess.com to Nupeutics. In a series of meetings held every day at the DrJess.com offices between October 9 and 12, Ayoub and Sundos applied significant and substantial pressure on her to sign the agreement or lose control of the company as a result of Yazbeck's lawsuit. Ayoub and Sundos requested that she not consult with an attorney, insisting that no time could be wasted on seeking legal advice because Yazbeck's lawsuit was imminent and would almost certainly result in Dr. Peatross losing control of her company. Sundos also insisted that legal advice was unnecessary because "we're all friends here." Sundos promised that the new company would pay up to $50,000 of Dr. Peatross's legal bills incurred in defending against Yazbeck's lawsuit.

34.    In distress, thinking she faced the imminent loss of her company and her life work's, Dr. Peatross signed the Shareholder's Agreement on October 12, 2018. Ayoub and Sundos signed on behalf of Nupeutics as chief executive officer and treasurer.

35.    Pursuant to Section 3.1.2 of the Shareholder's Agreement, Dr. Peatross was to be issued 30,000 shares of common stock in Nupeutics. In addition, according to Section 5.1.2, she was to be named "Medical Director" of the company, with responsibility for "research and development and improving product-portfolio, developing new pipelines of new generation products and consultative services…."

**D.    Nupeutics, Ayoub, and Sundos Squeeze Dr. Peatross Out of the Company.**

36.    The assurances from Ayoub and Sundos that Dr. Peatross would be an integral part of the management of Nupeutics going forward were false. In fact, the signing of the Shareholder's Agreement marked the beginning of a classic "squeeze out" of a minority shareholder by the majority shareholders and officers.

37.    Dr. Peatross was systematically blocked from any significant role in managing the company, and the promises that were made to her were not kept. She was cut out of (and

frequently was not even told about) board meetings. The board seat for Moon that Ayoub and Sundos had promised her went instead to a crony of Ayoub and Sundos, Gary Richardson, whose background working for traditional pharmaceutical companies was entirely out of step with a company that sells alternative medical supplements and services. Richardson was made a shareholder of the company without Dr. Peatross's consent, diluting her purported share of the company. In fact, she did not know of Richardson's existence for several months.

38.    In contravention of the promises made to Dr. Peatross, Nupeutics also began to sell products under other brand names.

39.    Dr. Peatross was never issued 30,000 shares of stock in the company, as per the Shareholder's Agreement. In fact, a January 2019 filing with the California Secretary of State indicates that Nupeutics is not authorized to issue more than 10,000 shares of stock, and has never issued any shares.

40.    Most importantly, Dr. Peatross, despite being named Medical Director, was prevented by Ayoub and Sundos from inspecting or speaking to the facility that was manufacturing products under her name or to be involved in formulating new products. First, Ayoub and Sundos changed the manufacturing facility the company used without consulting Dr. Peatross or permitting her to approve the new facility. She also became aware that she no longer had access to Certificates of Analysis or testing documents that evidenced the safety, potency, and efficacy of the supplements being sold under the DrJess.com label, nor was she provided access to any documents reflecting the source of ingredients and whether they were organic. On information and belief, Ayoub and Sundos acted to prevent her from accessing these documents.

41.    These concerns came to a head when, at the end of July 2019, Dr. Peatross was contacted by Henry Grange, a biochemist who had been newly hired and involved in

formulating DrJess.com-labeled supplements. Grange told her that he had been instructed by

Ayoub and Sundos (who have no medical training) to formulate new products without her

involvement, using lesser-grade raw ingredients. By virtue of her position as Medical Director,

Dr. Peatross should have been involved in designing and formulating new products, both as a

right afforded her by the plain language of the Shareholder's Agreement and from the

standpoint of both medical ethics and products liability. Cutting the Medical Director out of

product formulation was a reckless and potentially dangerous act, taken in total disregard of

the interests of the company.

42. Through the late summer and early fall of 2019, Dr. Peatross and Ayoub,

Sundos, and their associates exchanged increasingly acrimonious communications regarding

Dr. Peatross being shut out of management of the company. Finally, in September, Sundos by

text message threatened to sue Dr. Peatross after being told by an employee that Dr. Peatross

was considering leaving the company.

43. Ayoub and Sundos also Moataz (who had helped to draft the Shareholder's

Agreement) to communicate under false pretenses with Dr. Peatross during the late summer

and early fall of 2019 and to determine whether she intended to leave the company or take any

legal action against it. Hamsa gained Dr. Peatross's confidence by confiding that Ayoub and

Sundos were "crooks" and that he always knew they intended to steal her company. Dr.

Peatross later learned that Hamsa was reporting these conversations back to Ayoub and

Sundos and this was intended to cause a delay in her obtaining counsel.

44. Finally, Dr. Peatross resigned as Medical Director on October 21, 2019. At that

point, Nupeutics, Ayoub, and Sundos blocked her from accessing her social media accounts,

which she had spent years building organically. They also blocked her access to software that

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD,
RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

permitted her to continue to see patients as well as her drjess.com email account, which allowed her access to patient communication, labs and other pertinent information.

45.     On information and belief, it was at roughly this time that Nupuetics, Ayoub, and Sundos produced a document entitled "Additional Considerations to Sales Agreement," which they claim Dr. Peatross signed and which was attached to the Sales Agreement that purported to consummate the sale. This document contains a "Covenant Not To Compete," by which Dr. Peatross purportedly agreed not to compete with Nupuetics for four years from the date of sale. Dr. Peatross did not sign this version of any non-compete agreement.

46.     The new products produced by Nupuetics under the DrJess.com label are not of the same quality, potency, and efficacy as those produced under Dr. Peatross's supervision. This decline in quality has negatively impacted Dr. Peatross' reputation and standing within the community of persons who constitute the market for alternative wellness products and services.

47.     Because of the conduct of Nupuetics, Ayoub, and Sundos described herein, the company has lost revenue, suffered a decline in sales, and Dr. Peatross has lost profits and revenues that she otherwise would have received.

48.     Dr. Peatross had, prior to the conduct described herein, built a substantial readership and viewership on various social media outlets, which channels of marketing and communications were of substantial economic value to her and to the company. Because of the conduct of Nupuetics, Ayoub, and Sundos in squeezing her out of the company she founded, Dr. Peatross has had to start additional social media outlets and websites to continue her advocacy for alternative health and wellness techniques and practices, depriving her of the substantial goodwill and readership she had built on her social media outlets.

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

49.     Nupeutics, Ayoub, and Sundos have, on information and belief, also secured a trademark registration on the name "Dr. Jess," employing Dr. Peatross's image and identity to market products that Dr. Peatross has not inspected or approved, and that do not meet her standards for quality, potency, and efficacy. Most of her social media audience continues to follow the old social media account and purchase products under the false assumption that a medical doctor is overseeing each formulation. Multiple customers and patients have approached Dr. Peatross and stated their surprise and deep concern that these are no longer her supplements and her expertise is no longer involved in their formulation and production.

### FIRST CAUSE OF ACTION
### Fraud and Intentional Deceit Against Nupeutics, Ayoub, and Sundos
### Civil Code § 1709

50.     Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

51.     As described herein, Nupeutics, by and through its agents Ayoub and Sundos (relying on Dr. Peatross's inexperience in business, legal, and corporate governance matters) fraudulently and intentionally deceived Dr. Peatross by stating as facts things that they knew to be untrue, regarding the likelihood that she would lose control of her company to Yazbeck and the necessity of selling her company to them to shield it from Yazbeck's lawsuit, with the intent that Dr. Peatross should thereby enter into the Shareholder's Agreement.

52.     As described herein, Nupeutics, by and through its agents Ayoub and Sundos (relying on Dr. Peatross's inexperience in business, legal, and corporate governance matters) also deceived Dr. Peatross by making promises to her regarding her continued management role and position in the company, board seats, and access to company resources, with no intent to perform those promises.

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

53.     Nupeutics, by and through its agents Ayoub and Sundos, made these representations and promises to Dr. Peatross with the intent to induce her to alter her position and enter into the Shareholder's Agreement, to her injury or risk.

54.     Dr. Peatross reasonably relied on these representations and promises and entered into the Shareholder's Agreement, to her injury and risk.

55.     These representations and promises were a but-for cause of Dr. Peatross entering into the Shareholder's Agreement.

56.     Accordingly, the Court should enter an order providing complete relief to Dr. Peatross in the form of actual and consequential damages; lost profits and payments; attorney's fees and costs; and all other forms of relief to which she may be entitled, in an amount to be proven at trial.

57.     The conduct of Nupeutics, Ayoub, and Sundos was oppressive, fraudulent, and malicious, and constitutes despicable conduct in conscious disregard for Dr. Peatross' rights. Therefore, Dr. Peatross is entitled to an award of exemplary or punitive damages under California Civil Code § 3294.

### SECOND CAUSE OF ACTION
### Actual Fraud Against Nupeutics, Ayoub and Sundos
### Civil Code § 1572

58.     Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

59.     As described herein, Nupeutics, by and through its agents Ayoub and Sundos (relying on Dr. Peatross's inexperience in business, legal, and corporate governance matters) made false representations to Dr. Peatross, regarding the likelihood that she would lose control of her company to Yazbeck and the necessity of selling her company to them to shield it from

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

Yazbeck's lawsuit, with the intent that Dr. Peatross should thereby enter into the Shareholder's Agreement.

60.     As described herein, Nupeutics, by and through its agents Ayoub and Sundos (relying on Dr. Peatross's inexperience in business, legal, and corporate governance matters) made promises to Dr. Peatross regarding what her continued management role and position in the company would be, the distribution of board seats, and access to company resources, with no intent to perform those promises.

61.     Nupeutics, by and through its agents Ayoub and Sundos, made these false representations and promises to Dr. Peatross with the intent to induce her to alter her position and enter into the Shareholder's Agreement, to her injury or risk.

62.     Dr. Peatross reasonably relied on these false representations and promises and entered into the Shareholder's Agreement, to her injury and risk.

63.     These false representations and promises were a but-for cause of Dr. Peatross entering into the Shareholder's Agreement.

64.     Accordingly, the Court should enter an order providing complete relief to Dr. Peatross in the form of actual and consequential damages; lost profits and payments; attorney's fees and costs; and all other forms of relief to which she may be entitled, in an amount to be proven at trial.

65.     The conduct of Nupeutics, Ayoub, and Sundos was oppressive, fraudulent, and malicious, and constitutes despicable conduct in conscious disregard for Dr. Peatross' rights. Therefore, Dr. Peatross is entitled to an award of exemplary or punitive damages under California Civil Code § 3294.

### THIRD CAUSE OF ACTION
### Constructive Fraud Against Nupeutics, Ayoub, and Sundos
### Civil Code § 1573

66.    Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

67.    As described herein, Nupeutics, by and through its agents Ayoub and Sundos (relying on Dr. Peatross's inexperience in business, legal, and corporate governance matters) misled Dr. Peatross regarding the likelihood that she would lose control of her company to Yazbeck and the necessity of selling her company to them to shield it from Yazbeck's lawsuit, with the intent that Dr. Peatross should thereby enter into the Shareholder's Agreement.

68.    As described herein, Nupeutics, by and through its agents Ayoub and Sundos (relying on Dr. Peatross's inexperience in business, legal, and corporate governance matters) made promises to Dr. Peatross regarding her continued management role and position in the company, board seats, and access to company resources, with no intent to perform those promises.

69.    Nupeutics, by and through its agents Ayoub and Sundos made these representations and promises to Dr. Peatross with the intent to induce her to alter her position and enter into the Shareholder's Agreement, to her prejudice.

70.    Dr. Peatross reasonably relied on these representations and promises and entered into the Shareholder's Agreement, to her prejudice.

71.    These representations and promises were a but-for cause of Dr. Peatross entering into the Shareholder's Agreement.

72.    Accordingly, the Court should enter an order providing complete relief to Dr. Peatross in the form of actual and consequential damages; lost profits and payments;

attorney's fees and costs; and all other forms of relief to which she may be entitled, in an amount to be proven at trial.

73.     The conduct of Nupeutics, Ayoub, and Sundos was oppressive, fraudulent, and malicious, and constitutes despicable conduct in conscious disregard for Dr. Peatross' rights. Therefore, Dr. Peatross is entitled to an award of exemplary or punitive damages under California Civil Code § 3294.

**FOURTH CAUSE OF ACTION**
**Rescission Against Nupeutics**
**Civil Code § 1689**

74.     Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

75.     Under California law (which governs the Shareholder's Agreement by which Nupeutics obtained control of DrJess.com), a contract is void and may be rescinded if "consent of the party rescinding, or of any party jointly contracting with him, was given by mistake, or obtained through duress, menace, fraud, or undue influence, exercised by or with the connivance of the party as to whom he rescinds." Cal. Civil Code § 1689(b)(1).

76.     Further, a contract is void if it is given under "economic duress," meaning that one party has done a wrongful act that is sufficiently coercive to cause a reasonably prudent person to agree to an unfavorable contract. *See CrossTalk Productions, Inc. v. Jacobson*, 65 Cal. App. 4th 631, 644 (1998); *Philippine Export & Foreign Loan Guarantee Corp. v. Chuidian*, 218 Cal. App. 3d 1058, 1077–1078 (1990).

77.     Under these governing principles of law, the Shareholder's Agreement by which Dr. Peatross sold DrJess.com to Nupeutics is void because it was given under economic duress, as described herein. Specifically, Dr. Peatross signed the Shareholder's Agreement under the coerced belief, fostered by frauds, deceptions, and misrepresentations by Nupeutics

through its agents Ayoub and Sundos, that the only possible way to save DrJess.com was to sell it to Nupeutics, Ayoub, Sundos in order to "shield" and "protect" it from Yazbeck's lawsuit.

78.    In addition, Dr. Peatross signed the agreement based on promises that were made to her regarding her important management role within the new company as Medical Director; that she would be given a board seat and permitted to name Mr. Moon to the board; that she would be permitted continued access to testing and formulation documents and would be permitted to oversee the development of new products; that no other product lines would be sold by Nupeutics; and that she would be permitted to continue to have access to valuable social media accounts and continue her consultative practice and advocacy. These statements by Ayoub and Sundos constituted actual or constructive fraud, intentional deception, and fraudulent promises, which are additional grounds for rescission of a contract. *See S. Tahoe Gas Co. v. Hofmann Land Improvement Co*, 25 Cal. App. 3d 750, 765 (1972) (claim for rescission of a contract can be established by alleging elements that are essentially equivalent to the elements for the cause of action for deceit).

79.    At the time she agreed to sell DrJess.com, Dr. Peatross believed there was no reasonable alternative available to her to retain control of the company, and was pressured by Ayoub and Sundos not to seek legal counsel, on the grounds that "we're all friends here" and that she faced the imminent loss of her company.

80.    Considering the foregoing, the Court should enter an order rescinding the Shareholder's Agreement by which Nupeutics, Ayoub, and Sundos obtained control of DrJess.com and restoring the parties to the status quo ante.

81.    Additionally, pursuant to California Civil Code § 1692, the Court should enter an order providing complete relief to Dr. Peatross in the form of actual, consequential, and

1    treble or punitive damages as applicable; lost profits and payments; attorney's fees and costs;

2    and all other forms of relief to which she may be entitled, in an amount to be proven at trial.

3                              **FIFTH CAUSE OF ACTION**
4                  **Breach of Fiduciary Duty Against Ayoub and Sundos**

5        82.    Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the

6    extent necessary, pleads this cause of action in the alternative.

7        83.    Under California law, majority shareholders in a closely held corporation have

8    fiduciary duties to minority shareholders, "not [to] use their power to control corporate

9    activities to benefit themselves alone or in a manner detrimental to the minority. Any use to

10   which they put the corporation or their power to control the corporation must benefit all

11   shareholders proportionately and must not conflict with the proper conduct of the

12   corporation's business." *Jones v. H.F. Ahmanson & Co.*, 1 Cal.3d 93, 108 (1969). The

13   majority's fiduciary duty requires "good faith and inherent fairness to the minority in any

14   transaction where control of the corporation is material...." *Id*. at 112.

15       84.    In addition, under California law, corporate officers such as Ayoub and Sundos

16   have a fiduciary duty to shareholders such as Dr. Peatross. *See Small v. Fritz Companies, Inc.*,

17   30 Cal.4th 167, 179 (2003).

18       85.    Where a shareholder is directly and individually injured, that shareholder may

19   sue for breach of fiduciary duty as an individual. *See Low v. Wheeler*, 207 Cal. App. 2d 477,

20   483 (1962).

21       86.    Ayoub and Sundos breached their fiduciary duties to Dr. Peatross by, among

22   other acts, excluding her from the management of the company, especially the formulation of

23   new products and the oversight over the manufacturing process; falsifying documents that she

24   purportedly signed; shutting her out of board meetings and corporate decisions; instructing

25   vendors not to communicate with her or involve her in product formulation; restricting her

-19-

access to social media accounts and software needed to consult with patients; using her identity and image to market inferior products; employing Hamsa to obtain information from her under false pretenses; and diluting her purported share of the company by issuing new shares to a crony, Richardson, as described herein.

87.    These acts were undertaken by Ayoub and Sundos for the purpose of "squeezing out" Dr. Peatross from the company, in violation of the fiduciary duties of both corporate officers and majority shareholders in a closely held corporation. *See* 2 *Marsh's California Corporation Law* § 11.46, at 958 (3d ed. 1995) ("The term 'squeeze-out' is not capable of very precise definition.... It is generally intended to describe a situation where the majority controlling shareholders, who are also the principal officers of a corporation, engage in a course of conduct which is designed to exclude a minority shareholder or shareholders both from participation in the conduct of the corporate business and from the economic benefits derived therefrom.").

88.    These acts caused individual and direct injury to Dr. Peatross, in the manner described herein.

89.    Accordingly, the Court should find a breach of fiduciary duties by Ayoub and Sundos and enter an order providing complete relief to Dr. Peatross in the form of actual, consequential, and punitive damages; impose a constructive trust to recover lost profits and payments; attorney's fees and costs; and all other forms of relief to which she may be entitled, in an amount to be proven at trial.

## SIXTH CAUSE OF ACTION
### Breach of Agreement Against Nupeatics
### Civil Code § 3300 *et seq.*

90.    Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

91.     There existed a Shareholder's Agreements between Dr. Peatross and Nupeutics, as described herein.

92.     Dr. Peatross has performed all of the conditions, covenants, and promises required on her part in accordance with the terms and conditions of that Shareholder's Agreement.

93.     Defendant Nupeutics has failed and/or refused to perform its obligations in full accordance with the Shareholder's Agreement, as described herein. Specifically, Nupeutics failed to issue 30,000 shares of stock, as required by the Shareholder's Agreement, and also failed to afford Dr. Peatross access to documents and information critical to performing in her role as Medical Director of the company, and moved ahead with the formulation of new products without her approval or consent.

94.     As a direct and proximate result of Defendant's material breaches of the Shareholder's Agreement, Dr. Peatross has been injured in an amount to be proven at trial.

95.     Accordingly, the Court should find a material breach of the Shareholder's Agreement between Dr. Peatross and Nupeutics and enter an order providing complete relief to Dr. Peatross in the form of actual, consequential, and punitive damages; lost profits and payments; attorney's fees and costs; and all other forms of relief to which she may be entitled, in an amount to be proven at trial.

**SEVENTH CAUSE OF ACTION**
**Declaratory Judgment Against Yazbeck**
**Code of Civil Procedure § 1060**

96.     Under Kentucky law (which governs the DrJess.com Operating Agreement), the parties to a contract may agree that the contract will not be valid until the occurrence of some event. *See Fentress v. Henderson*, 2005 WL 1540253, at *1 (Ky. App. 2005); *Hopkins v. Performance Tire & Auto Serv.*, 866 S.W.2d 438, 441 (Ky. App. 1993).

97.     Here, the Operating Agreement made clear that no membership interest could be disposed of "[w]ithout an opinion of counsel, satisfactory to the Members, that such an assignment is subject to an effective registration under, or exempt from the registration requirements of, the applicable state and federal securities laws." Operating Agreement, Art. XI.1.2. The Agreement further stated that any purported assignment of an interest that failed to meet this requirement is void ab initio.

98.     The assignment of a 49 percent interest in DrJess.com to Yazbeck did not meet this required condition precedent and, under the plain language of the Operating Agreement, is void ab initio.

99.     Accordingly, the Court should enter a declaratory judgment that the purported transfer of a membership interest in DrJess.com to Yazbeck is void and null and has no effect.

## EIGHTH CAUSE OF ACTION
### Breach of Fiduciary Duty and the Duties of Loyalty and Care Against Yazbeck

100.    Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

101.    Under Kentucky law, which governs the Operating Agreement, minority members of a limited liability corporation owe duties of care and loyalty to the majority member and to the LLC. *See* Ky. Rev. Stat. § 275.170.

102.    In addition, under Kentucky law, members of an LLC have a fiduciary duty to the LLC and to other members, to *inter alia* act in good faith, on an informed basis and in the best interests of the LLC.

103.    Yazbeck's failures to maintain and perform contracts and business relationships; use of company assets to benefit himself and companies in which he held an interest; and attempt to fire the chief executive officer of DrJess.com, without Dr. Peatross's knowledge or approval, as described herein, constitute a breach of these duties.

-22-

104.   Accordingly, the Court should find a breach of these duties by Yazbeck and enter an order providing complete relief to Dr. Peatross in the form of actual, consequential, and punitive damages; impose a constructive trust to recover lost profits and payments; award attorney's fees and costs; and award all other forms of relief to which she may be entitled, in an amount to be proven at trial.

### NINTH CAUSE OF ACTION
### Intentional Interference With Contractual Relations Against Yazbeck

105.   Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

106.   Dr. Peatross and DrJess.com had valid contracts with third party suppliers, vendors, and customers, of which Yazbeck was aware.

107.   As described herein, Yazbeck acted intentionally to induce a breach or disruption of those contracts or contractual relationships, and actually did cause breaches or disruptions of them, thereby causing injury to Dr. Peatross.

108.   Accordingly, the Court should enter an order providing complete relief to Dr. Peatross in the form of actual, consequential, and punitive damages; lost profits and payments; attorney's fees and costs; and all other forms of relief to which she may be entitled, in an amount to be proven at trial.

### TENTH CAUSE OF ACTION
### Declaratory Judgment Expelling Yazbeck From the LLC Membership
### Civil Code § 1060 and Ky. Rev. Stat. § 275.172

109.   Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

110.   Minority members of a limited liability corporation have a fiduciary duty to, and owe duties of loyalty and care to, the majority member and to the LLC.

111.   Under Kentucky law (which governs the DrJess.com Operating Agreement) a member of an LLC may be expelled for engaging in wrongful conduct that has adversely and materially affected, or will adversely and materially affect, the company's activities; willful or persistent breach of the duties of loyalty or care; or conduct relating to the company's activities which makes it not reasonably practicable to carry on the activities with the person as a member. *See* Ky. Rev. Stat. § 275.172.

112.   Yazbeck's failures to maintain and perform contracts and business relationships; use of company assets to benefit himself and companies in which he held an interest; and attempt to fire the chief executive officer of DrJess.com, without Dr. Peatross's knowledge or approval, as described herein, constitute a violation of any and all of these provisions.

113.   Accordingly, the Court should enter a declaratory judgment expelling Yazbeck from the limited liability corporation DrJess.com.

### ELEVENTH CAUSE OF ACTION
### Unjust Enrichment Against All Defendants

114.   Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

115.   As described herein, Yazbeck enriched himself at the expense of Peatross and DrJess.com by using money and other assets to pay for other businesses in which he held interests.

116.   As described herein, Nupeutics, Ayoub, and Sundos enriched themselves at the expense of Dr. Peatross and DrJess.com by taking control of DrJess.com by coercive and fraudulent means, depriving Dr. Peatross of revenues and payments to be derived from the company and her share in it, appropriating and using for their own benefit the substantial reputation and goodwill that Dr. Peatross had developed in the relevant market, and appropriating valuable assets including but not limited to branded social media accounts.

-24-

117.   Defendants undertook these acts for the purpose of enriching themselves and in fact enriched themselves by doing so.

118.   Dr. Peatross conferred benefits on Defendants, and Defendants appreciated, accepted, and retained the benefits to the detriment of Plaintiff.

119.   Under the circumstances it would be inequitable for Defendants to retain the benefit conferred upon them and Defendants' retention of the benefit violates fundamental principles of justice, equity, and good conscience.

120.   Dr. Peatross seek disgorgement of Defendants' ill-gotten gains. She seeks disgorgement and restitution of Defendants' wrongful profits, revenue, and benefits, to the extent, and in the amount, deemed appropriate by the Court, and such other relief as the Court deems just and proper to remedy Defendants' unjust enrichment.

## PRAYER FOR RELIEF

Wherefore, Dr. Peatross respectfully requests that the Court enter an order:

a.      Rescinding the Shareholder's Agreement between Dr. Peatross and Nupeutics;

b.      Awarding Dr. Peatross actual damages for rescission and fraud including but not limited to compensatory, incidental, consequential, statutory, treble, and punitive damages amounts as the Court or jury will determine, in accordance with applicable law;

c.      Alternatively, finding breach of fiduciary duties by Ayoub and Sundos, a material breach of the Shareholder's Agreement by Nupeutics;

d.      Awarding Dr. Peatross actual damages for these breaches and inducements including but not limited to compensatory, incidental, consequential, statutory, treble, and punitive damages in amounts as the Court or jury will determine, in accordance with applicable law, and impose a constructive trust;

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

e.    Declare the purported transfer of a membership interest in DrJess.com to
       Yazbeck to be void ab initio or, alternatively, that Yazbeck is expelled from the
       membership;

f.    Awarding Dr. Peatross actual damages for breach of fiduciary duties, the duties
       of loyalty and care, and contractual interference by Yazbeck including but not
       limited to compensatory, incidental, consequential, statutory, treble, and punitive
       damages amounts as the Court or jury will determine, in accordance with
       applicable law, and impose a constructive trust;

g.    Disgorgement and restitution of Defendants' ill-gotten gains;

h.    Awarding Dr. Peatross attorney's fees and court costs, including all recoverable
       pre- and post-judgment interest;

i.    Awarding any other legal or equitable relief to which Dr. Peatross may be
       entitled.

TRIAL BY JURY IS DEMANDED.

Dated: November 23, 2020                    CHARLES C. WELLER

_____
Charles C. Weller (SBN: 207034)
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

*Attorney for Dr. Jessica Peatross*

AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD,
RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

1

## PROOF OF SERVICE

2

### *Daniel Yazbeck v. Jessica L. Peatross, et al.*
Superior Court of California, County of San Diego

3

Lead Case No. 37-2018-00055626-CU-CO-NC | Consolidated Case No. 37-2019-00057074-CU-BC-NC

4

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Charles C. Weller, A.P.C., 11412 Corley Court, San Diego, California 92126.  On November 23, 2020, I served the within documents:

5

6

### AMENDED CROSS-COMPLAINT FOR INTENTIONAL DECEPTION AND ACTUAL AND CONSTRUCTIVE FRAUD, RESCISSION, EQUITABLE AND DECLARATORY RELIEF, AND DAMAGES

7

8

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

9

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

10

11

☐   by personal service by cause.  I caused said documents to be hand-delivered to the addressee, pursuant to Code of Civil Procedure §1011.

12

☒   by causing such document(s) to be electronically mailed in .pdf format as an e-mail attachment to each addressee for the above-entitled case as listed below. The transmission was complete and confirmed. A copy of the transmittal e-mail will be maintained with the original document(s) in our office.

13

14

15

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

16

17

| | |
|---|---|
| Vanoli V. Chander, Esq.<br>CARLSBAD LAW GROUP, LLC<br>5050 Avenida Encinas, Suite 300<br>Carlsbad, CA 92008<br>Fax: 858-793-6005<br>Email: dhall@carlsbadlawgroup.com<br>***Attorneys for:* Nupeutics Natural, Inc., George Ayoub and Munzer M. Sundos** | Lenden F. Webb, Esq.<br>Christopher Nichols, Esq.<br>Webb Law Group, APC<br>466 W. Fallbrook Ave., Suite 102<br>Fresno, California 93711<br>office@webblawgroup.com<br>cnichols@webblawgroup.com<br>tcampbell@webblawgroup.com<br>***Attorneys for: Daniel Yazbeck*** |

18

19

20

21

22

23

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

24

25

26

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on November 23, 2020, at San Diego, California.

27

28

_____
Charles C. Weller

**EXHIBIT - B**

# Meet the New Functional Dietary Products

P **patch com**/california/lo  angele  /cla   ified  /announcement  /113191/meet the new functional dietary product

November 20, 2019

This post was contributed by a community member. The views expressed here are the author's own

Los Angeles, CA|Local Classified|Announcement|Nov 2019

**Jessica Shoemaker**, Neighbor
Holistic Wellness Company That Helps You Create Positive Changes in Both your Diet and Lifestyle

Nupeutics supports balanced mind-body health by delivering the purest, most potent all-natural wellness supplements backed by education and science

SAN DIEGO, Calif. – (November 20th, 2019): **Nupeutics Natural** is on a mission to make you healthier and happier by formulating the purest, most potent all-natural wellness supplements backed by science  Founded on the belief that good health begins with plant based nutrition and natural preventative care, Nupeutics Natural's top-quality formulas aim to help you manage the root causes behind imbalances in the mind and body. Now, enjoy a fuller, healthier life with targeted support from a full collection of unique, science-based Nupeutics Natural wellness blends.

"The foundation of our business is continuous innovation to meet consumer demand for natural products," explains Dr. Munzer Sundos, President of Nupeutics Natural. "New scientific trends are emerging about how our bodies are affected by our gut microbiota and microbiome, stress, inflammation, as well as our genetics and lifestyle. We recognize that disease is much easier to prevent than to cure, and we offer personalized, preventative holistic treatments and integrative health plans as the next step to revolutionize healthcare "

"We believe that better mental and physical health begins with the very best in wellness supplements," agrees Bernadette Judge, RN and the Operations Manager at Nupeutics Natural. After caring for both her father and her best friend

during their battles with long-term illnesses, Bernadette brings a distinctive passion to the company's mission of providing holistic wellness products that are safe, effective, and crafted by a company that can deliver on the promise of transparency.

From their best selling Hormone Master to their trusted Liver Detox Cleanse, Nupeutics Natural offers a balanced nutritional foundation to help reach a variety of specific health goals, including weight loss, hormone health, increased energy, and a more positive mindset. The Nupeutics Natural team believes specialty nutrition is the catalyst for reaching life's full

potential and achieving optimal health, beauty, and wellness. Each wellness blend is a uniquely developed, science based formulation made according to the highest standards of quality, safety, and efficacy.

Nupeutics Natural is committed to serving clients through every step of their wellness journey  A comprehens ve platform of processes and procedures ensure the quality and safety of their products and services, as well as providing an accurate assessment of customer needs, market awareness, and added value  The Nupeutics Natural team is here to help heal clients on every level through lifestyle inspiration, knowledge, movement, nutrition, and a multidisciplinary approach.

Nupeutics Natural is the name thousands of clients trust for the very best in foundational health and wellness - a go-to resource for the top-rated supplements they rely on for optimal health and superior performance  Discover the full collection of powerful Nupeutics Natural (dba Dr. Jess by Nupeutics) wellness blends at https://store.drjess.com. Follow @dr.jess.by.nupeutics on Instagram to see real-life customer success stories and stay informed about new product releases.

About Nupeutics Natural:

Founded in 2018 by food and nutrition science expert Munzer Sundos, Ph D , Nupeutics Natural is leading the industry with a skilled team of top nutritionists, holistic healers, and integrative health specialists gathered around a single core mission: to improve your quality of life by developing the natural, high-grade health and wellness supplements that keep you feeling and performing at your best. Offering a complete collection of all-natural wellness blends backed by modern functional ingredients we invite you to look at what makes our products superior by offering you and your loved ones the recommended intake of essential nutrients and integrative health solutions that are necessary for living healthy and living fit.

# # #

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT - C

# Mandee's Microbiome Master Review

▶ youtube com/watch

January 3, 2020



Mandee was having terrible stomach issues. She was constantly bloated all the time and couldn't eat the foods she wanted to  She was put on medication for years that caused a lot of damage to her stomach lining. She decided to try Microbiome Master after she read such great reviews. Mandee took Microbiome Master for several months and saw great results. Microbiome Master helped heal her gut and she was able to eat the foods she wanted without stomach bloat! Microbiome Master is a natural gut cleanse. Microbiome Master can help kill unwanted parasites and bacteria  Microbiome Master can help with leaky gut, Lyme, stomach bloat, GERD, and SIBO.

Transcript

Follow along using the transcript.



[Videos](#)



[About](#)

Show less

1/1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT - D

# Nupeutics Natural's Launches Cleanse and Create Total Wellness Program and Detox

la theplace com/2020/02/10/nupeutic natural launche clean e and create total wellne program and detox

Shawn Martin                                                                          February 10, 2020

The California-based holistic wellness brand,  Nupeutics Natural, has kicked off 2020 with open enrollment for its free doctor-created Cleanse and Create Total Wellness Program and Detox. This 30 minute a day, 30-day cleanse focuses on building better habits of mind, body, and spirit. The key to success is an improved diet and lifestyle choices. Nupeutics Natural's latest program is part of the company's new online health education resources, designed to put the tools of self-improvement directly into the hands of consumers.

The "nature knows best" philosophy that informs Nupeutics Natural and the Cleanse and Create program should make sense to anyone interested in bolstering their physical, spiritual, and mental well-being. It involves relying on plants to provide more of the nutrients our bodies need and a natural approach to preventative care  Nupeutics Natural supplements represent a balance of cutting edge science and age-old wisdom.

Cleanse and Create was developed through a partnership with **Dr. Rachel Eva Dew, Ph.D.** Dew is a world-renowned life coach and health expert who has dedicated her professional life to healing and wellness. The client-directed program features exercises, ma mindfulness guide, an action plan, journaling, recipes, and access to the private Cleanse and Create Facebook page. Placing more of the control in the hands of the user inspires a feeling of empowerment, which is another significant benefit.

Self-directed doesn't mean you are on your own. In addition to the educational resources and the detox program, members also have access to daily 30-minute videos from Dr. Dew that guide you along your journey  You learn practices that keep you focused, help you minimize stress, achieve mindfulness, eliminate toxins, and live a more balanced life. As a bonus, members can save 10% on Nupeutics Natural's detox supplements

Nupeutics Natural harnesses the expertise of nutritionists and healers to develop supplements that help clients live their best lives. **Founder Munzer Sundos, Ph.D.**, a leader in food and health sciences, believes in giving consumers the tools they need to lose weight, maintain a positive outlook, and boost energy levels.

Fantastic formulations such as Hormone Master, Liver Detox Cleanse, and others provide a sound nutritional base from which to construct a more healthy and fulfilling life:

**Hormone Master** offers hope for men and women suffering from hormonal imbalances. An organic blend of herbs gives this supplement it's unique power  By inhibiting bad estrogen, Hormone Master provides relief for everything from polycystic ovarian disease,

perimenopause, and ovarian cysts/fibroids, to acne and migraines.

Nupeutics Natural formulas

Our livers perform a vital role in helping to remove harmful toxins from our bloodstream When it isn't functioning correctly, we can feel tired and unmotivated. **Liver Detox Cleanse**'s proprietary medley of herbs including milk thistle, NAC, burdock root, carrot seed, bilberry root, dandelion root, barberry root, fennel seed, licorice root, and ginger root allows this detoxifying organ to do its job.

Inflammation is the source of many serious health issues  **Inflammation Master** can be a godsend if you suffer from autoimmune conditions, arthritis, swollen joints, or are recuperating from surgery. Fighting inflammation naturally with a proprietary tonic of organic ingredients can drastically improve your quality of life.

**Thyroid Master** supplies crucial cofactors and adaptogenic herbs that can safely regulate the thyroid  Thyroid problems strike 1 out of 10 women, and an estimated 60 million Americans suffer from some form of the disease. Adding this supplement to your diet may also result in increased energy, stamina, and healthy weight loss.

Healthy gut microbiomes are crucial to good overall health. **Microbiome Master** targets the parasites and infections that can inhibit our immune system and create a host of problems, including sugar cravings, digestive issues, and bloating  This blend of beneficial herbs, including garlic, cinnamon, echinacea, oregano leaf, and black walnut hull, cleanse the gut and eradicate pathogens.

**Heavy Metal Master** gently eliminates the heavy metals that can wreck our immune system and leave us vulnerable to cancers and infections. Mercury Amalgams can be present in our water supply, food preservatives, tobacco smoke, and lead paint   According to one study, Heavy Metal Master removed up to 92% of these neurotoxins from the human body.

You can find out more about Nupeutics Natural supplements and Cleanse and Create at NupeuticsHealth.com and @dr.jess.by.nupeutics on Instagram. See actual clients share their stories and stay on top of the latest product information.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

# EXHIBIT - E

20
21
22
23
24
25
26
27
28

# Nupeutics Health Unveils a New Brand Design and Plans to Offer Health and Wellness Education, Plus a One-Stop-Shop for High Quality, All-Natural Dietary Supplements

Me medium.com/@jessiprandmarketing/nupeutics-health-unveils-a-new-brand-design-and-plans-to-offer-health-and-wellness-education-plus-f73c99c2a1d9

Jess Kopach                                                                                           June 23, 2020



*Created by a team of leading health care practitioners, Nupeutics Health introduces newly branded holistic wellness blends*

Nupeutics Health proudly introduces the fresh new design of their all-natural, targeted nutritional supplement line which aims to help customers live their healthiest lives. Founded by a leading team of healthcare practitioners spearheaded by food science and nutrition specialist Dr. Munzer Sundos, **Nupeutics Health** provides top-quality formulas to help customers manage the root causes behind imbalances of the mind and body  Now, with the launch of their all-new innovative brand design, **Nupeutics Health** continues a long-term mission to provide education, top-quality supplements, and trusted resources to help improve every part of the mind, body, and spirit.

"At **Nupeutics Health**, our goal is to use our collective experience in integrative health to educate and enrich the lives of our customers," explains President and CEO Dr  Munzer Sundos. Alongside a dedicated team of holistic health experts — including Bernadette Judge, RN, Dr. Rachel Eva Drew, and Holistic Nutritionist and Chef Mareya Ibrahim. — Dr.

Sundos relies on continuous innovation to meet consumer demand for natural products. Together, they aim to change countless lives for the better by offering safe, effective, and science-based wellness supplement blends made with real, pure ingredients.

What's more, this recent product rebrand is only the first step in a long-term mission to create accessible, integrative health care  **Nupeutics Health** plans to provide targeted wellness support from a full collection of unique and science-based proprietary nutritional supplement blends  The company is also strategically working toward offering a personalized care service platform that includes a robust online resource center to educate and empower customers in their journeys toward better health.

Now, discover the full **Nupeutics Health** dietarysupplement line of potent wellness blends Each is scientifically formulated to provide a functional, balanced nutritional foundation that can help customers reach a variety of specific health and wellness goals, including weight loss, hormone health, increased energy, and a more positive mindset. Browse a complete line of targeted, top-quality, all-natural supplements, including *Hormone MasterTM* and *Liver Detox*

*Cleanse,* at https://nupeuticshealth.com. Follow @nupeuticshealth on Instagram to see real-life customer success stories and stay informed about new product releases

**About Nupeutics Health:**

Founded and developed by food science and nutrition expert Dr. Munzer Sundos, along with a skilled team of top nutritionists, holistic healers, and integrative health specialists, **Nupeutics Health** is on a mission to help customers experience optimal health and wellbeing through natural products, personalized services  and cutting edge educational resources. Offering a complete collection of all-natural wellness blends backed by functional science and formulated with pure, potent ingredients, customers can trust **Nupeutics Health** to provide powerful nutrition that can improve their quality of life and help them feel and perform at their best. Learn more at https://nupeuticshealth.com/ and follow @nupeuticshealth on Instagram to get expert tips for living your healthiest life

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT - F

# Supplement Line Rebrand

**WF** **wholefoodsmagazine.com**/articles/2503-supplement-line-rebrand

Home » Supplement Line Rebrand



June 30, 2020

WholeFoods Magazine Staff

**Nupeutics Health** has announced a fresh new design of their natural and targeted nutritional supplement line, which aims to help customers live their healthiest lives by creating accessible and integrative health care. The new brand design was created to provide education, top quality supplements, and trusted resources to help improve the mind, body, and spirit.

www.nupeuticshealth.com
Dietary Supplements New Products New Products
KEYWORDS Nupeutics Health

**Related Articles**

## Digestive and Immune Health Supplement Line

## Natural Fruit-Flavored Supplement Line

## Multi-Herbal Supplement Line



The editorial team at WholeFoods Magazine has decades of experiences reporting on natural products industry news, trends, and more  This national, monthly business to business magazine has been published continuously for nearly 40 years (the magazine was founded in 1977, and has been owned by Wainer Finest Communications since 1984). It is the longest-tenured media outlet of its kind in the natural products industry. The editorial focus at WholeFoods Magazine is, and always has been, on informing and educating members of the natural products industry

*These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.

© Copyright 2025 WFC, Inc. All Rights Reserved.

**EXHIBIT - G**

# Nupeutics Naturals—Inflammation Master

**By C&RB Staff | July 30, 2020**



**Features**

• Wildcrafted and organic herbal supplement designed for daily use or during acute injuries

• When you're in pain, inflammation is the root cause.

• Muscles, skin, wounds, infections, brain, and even sinus cavities swell due to inflammation when there is a injury or attack.



can be used by anyone suffering from a painful injury, post surgical healing, brain inflammation and autoimmune conditions, arthritis, sinusitis or swollen joints. This is essentially an all-natural pain reliever.

**Contact**: Nupeutics Naturals

http  //  tore nupeutic  health com

## Tell Us What You Think!

You must be logged in to post a comment.

**RELATED ARTICLES**                                                            READ MORE >

# EXHIBIT - H

**Generated on:** This page was generated by TSDR on 2025-05-12 22:21:33 EDT

**Mark:** DR. JESS

# DR. JESS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88230755 | **Application Filing Date:** | Dec. 14, 2018 |
| **US Registration Number:** | 5832435 | **Registration Date:** | Aug. 13, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 13, 2019

**Publication Date:** May 28, 2019

## Mark Information

**Mark Literal Elements:** DR. JESS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Dietary supplements | | |
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 006, 018, 044, 046, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Aug. 31, 2016 | **Use in Commerce:** | Aug. 31, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Nupeutics Natural, Inc. |
| **Owner Address:** | 12526 High Bluff Dr., Ste. 300<br>San Diego, CALIFORNIA UNITED STATES 77802 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country Where Organized:** | CALIFORNIA |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | John M Sanders | **Docket Number:** | Dr. Jess |
| **Attorney Primary Email Address:** | jmsanders23@gmail.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JOHN M SANDERS<br>JOHN M SANDERS<br>2634 LOCHINVAR LN<br>BRYAN, TEXAS UNITED STATES 77802 |
| **Phone:** | 619-253-5847 |
| **Correspondent e-mail:** | jmsanders23@gmail.com |

| | |
|---|---|
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 13, 2024 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 13, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| May 28, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 28, 2019 | PUBLISHED FOR OPPOSITION | |
| May 08, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 19, 2019 | ASSIGNED TO LIE | |
| Apr. 01, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 25, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 25, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 25, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 13, 2019 | NOTIFICATION OF PRIORITY ACTION E-MAILED | |
| Mar. 13, 2019 | PRIORITY ACTION E-MAILED | |
| Mar. 13, 2019 | PRIORITY ACTION WRITTEN | |
| Mar. 12, 2019 | ASSIGNED TO EXAMINER | |
| Jan. 07, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 18, 2018 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Aug. 13, 2019 |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, August 13, 2024 01:35:38 EDT |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notifiion: U.S. Trademark Application SN 88230755 -- Docket/Reference No. Dr. Jess |

## USPTO COURTESY REMINDER

## TRADEMARK REGISTRATION MAINTENANCE DOCUMENT UNDER SECTION 8 MUST BE FILED BEFORE DEADLINE OR REGISTRATION WILL BE CANCELLED

**U.S. Application Serial No.** 88230755
**U.S. Registration No.** 5832435
**U.S. Registration Date:** August 13, 2019
**Mark:** DR. JESS
**Owner:** Nupeutics Natural, Inc.
**Docket/Reference No.** Dr. Jess

Issue Date: August 13, 2024

**Required submission.** The owner of the trademark registration must file a **Declaration of Use and/or Excusable Nonuse Under Section 8** (Section 8 Declaration) between now and August 13, 2025.  For an additional fee, the owner can file within he 6-month grace period that ends on February 13, 2026.

**Optional submission.** If the owner can claim the benefits of incontestability, the owner may file an optional Declaration of Incontestability under Section 15.  This may be combined with the required Section 8 Declaration by filing a **Combined Declaration of Use and Incontestability Under Sections 8 and 15** (Combined Sections 8 and 15 Declaration).

**If ownership of the registration or the owner's name has changed,** the owner can use the **Electronic Trademark Assignment System (ETAS)** to record the change.  More information on changes of ownership/owner name is available on the **USPTO website.**

**Click here for more information about maintaining a trademark registration.**

**Proof of Use Audit.** The USPTO is conducting an audit program to promote the accuracy and integrity of the trademark register.  If a registration is selected for audit, the holder/owner will be required to submit proof of use for additional goods/services for which use is claimed in a Section 8 Declaration.  Detailed information about the program is available on the **Proof of Use Audit Program webpage** .

**Determination of time of receipt by USPTO.** Correspondence transmitted through the Trademark Electronic Application System (TEAS) is considered filed on the date the USPTO receives the transmission in Eastern Time.

**If the owner fails to file a timely Section 8 Declaration the registration will be CANCELLED** and cannot be reinstated.

**This reminder notice is being sent only as a courtesy** to trademark owners who maintain a current email address with the USPTO.  Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a registration.

**Foreign-domiciled owners** must have a U.S.-licensed attorney represent them at the USPTO in any post-registration filing.

**Beware of misleading notices sent by private companies about registrations.** Private companies **not** associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices - most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**Direct questions** about this notice to the Trademark Assistance Center at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov** .

# United States of America

## United States Patent and Trademark Office

# DR. JESS

**Reg. No. 5,832,435**

**Registered Aug. 13, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Nupeutics Natural, Inc.  (CALIFORNIA CORPORATION)
12526 High Bluff Dr., Ste. 300
San Diego, CALIFORNIA 77802

CLASS 5: Dietary supplements

FIRST USE 8-31-2016; IN COMMERCE 8-31-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross,
whose consent(s) to register is made of record.

SER. NO. 88-230,755, FILED 12-14-2018



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, May 28, 2019 00:53 AM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88230755: DR. JESS: Docket/Reference No. Dr. Jess |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 88230755
**Mark:** DR. JESS
**International Class(es):** 005
**Owner:** Nupeutics Natural, Inc.
**Docket/Reference Number:** Dr. Jess

The mark identified above has been published in the Trademark Official Gazette (TMOG) on May 28, 2019.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2019-05-28&serialNumber=88230755

On the publica ion date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of he mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publica ion date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check he status of the application, go to https://tsdr.uspto.gov/#caseNumber=88230755&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this applica ion on-line, go to https://tsdr.uspto.gov/#caseNumber=88230755&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.**  88230755
**Mark:**  DR. JESS
**International Class(es):**  005
**Owner:**  Nupeutics Natural, Inc.
**Docket/Reference No.**  Dr. Jess

**Issue Date:**  May 8, 2019

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on May 28, 2019**.

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.**  Within 30 days of the publication date, any party who believes it will be damaged by the registra ion of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

**Email Address(es):**

jmsanders23@gmail.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, May 8, 2019 04:43 AM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notifica ion of Notice of Publication: U.S. Trademark SN 88230755: DR. JESS: Docket/Reference No. Dr. Jess |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 88230755) is scheduled to publish in the *Official Gazette* on May 28, 2019.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto gov/search.action?sn=88230755</u>.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1.   The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail no ification.
2.   You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in  he Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88230755 | FILING DATE | 12/14/2018 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | DOMBROW, COLLEEN M | L.O. ASSIGNED | 101 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/26/2019 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 03/25/2019 |
| LITERAL MARK ELEMENT | DR. JESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | DR. JESS |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Nupeutics Natural, Inc. |
|------|-------------------------|
| ADDRESS | 12526 High Bluff Dr., Ste. 300<br>San Diego, CA 77802 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 005 |
|---------------------|-----|
| DESCRIPTION TEXT | Dietary supplements |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 08/31/2016 | FIRST USE IN COMMERCE DATE | 08/31/2016 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|------------------------|-----|
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 03/25/2019 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 03/25/2019 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 03/25/2019 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 03/13/2019 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 006 |
| 03/13/2019 | GPRA | F | PRIORITY ACTION E-MAILED | 005 |
| 03/13/2019 | CPRA | R | PRIORITY ACTION WRITTEN | 004 |
| 03/12/2019 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/07/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 12/18/2018 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | John M Sanders |
|----------|----------------|
| CORRESPONDENCE ADDRESS | JOHN M SANDERS<br>JOHN M SANDERS<br>2634 LOCHINVAR LN<br>BRYAN, TX 77802 |
| DOMESTIC REPRESENTATIVE | NONE |

# DR. JESS

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88230755 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 101 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/88230755/large |
| LITERAL ELEMENT | DR. JESS |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ADDITIONAL STATEMENTS SECTION** | |
| NAME(S), PORTRAITS(S), SIGNATURE(S) OF INDIVIDUAL(S) | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record. |
| CONSENT FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\882\307\88230755\xml7\ ROA0002.JPG |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /John M Sanders/ |
| SIGNATORY'S NAME | John M Sanders |
| SIGNATORY'S POSITION | attorney of record, Illinois bar member |
| SIGNATORY'S PHONE NUMBER | 619-253-5847 |
| DATE SIGNED | 03/25/2019 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Mar 25 09:45:25 EDT 2019 |
| TEAS STAMP | USPTO/ROA-XX.XX.XX.XXX-20 190325094525348215-882307 55-6205d39ded16d69b7bf7cb d5f735aabb1c0e3792927442d 3c4075da841fa352a69-N/A-N /A-20190325093326215384 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

**Response to Office Action**

## To the Commissioner for Trademarks:

Application serial no. **88230755** DR. JESS(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88230755/large) has been amended as follows:

**ADDITIONAL STATEMENTS**
**Name(s), Portrait(s), Signature(s) of individual(s)**
The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record.
Consent File1

**SIGNATURE(S)**
**Response Signature**
Signature: /John M Sanders/    Date: 03/25/2019
Signatory's Name: John M Sanders
Signatory's Position: attorney of record, Illinois bar member

Signatory's Phone Number: 619-253-5847

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 88230755
Internet Transmission Date: Mon Mar 25 09:45:25 EDT 2019
TEAS Stamp: USPTO/ROA-XX.XX.XX.XXX-20190325094525348
215-88230755-6205d39ded16d69b7bf7cbd5f73
5aabb1c0e3792927442d3c4075da841fa352a69-
N/A-N/A-20190325093326215384

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION RESPONSE ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION**
**SERIAL NO.** 88230755
**MARK:** DR. JESS

# *88230755*

**APPLICANT:** Nupeutics Natural, Inc.
**CORRESPONDENT'S**
**REFERENCE/DOCKET**
**NO:**
Dr. Jess
**CORRESPONDENT**
**E-MAIL ADDRESS:**
jmsanders23@gmail.com

In response to the Priority Action sent by email 13 March 2019, Dr. Jessica Peatross provides the following statements:

1. DR. JESS identifies Dr. Jessica Peatross, a living individual whose consent is of record.

2. I, Dr. Jessica Peatross, consent to the use and registration of my name, DR. JESS, as a trademark and/or service mark with the USPTO.

*Jessica Peatross*

Jessica Peatross

Date: March 12, 2019

| | |
|---|---|
| **To:** | Nupeutics Natural, Inc. (jmsanders23@gmail.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88230755 - DR. JESS - Dr. Jess |
| **Sent:** | 3/13/2019 12:10:44 PM |
| **Sent As:** | ECOM101@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 88230755

**MARK:** DR. JESS

# *88230755*

**CORRESPONDENT ADDRESS:**
JOHN M SANDERS
JOHN M SANDERS
2634 LOCHINVAR LN
BRYAN, TX 77802

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Nupeutics Natural, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
Dr. Jess

**CORRESPONDENT E-MAIL ADDRESS:**
jmsanders23@gmail.com

## PRIORITY ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW. A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 3/13/2019**

**DATABASE SEARCH:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**ISSUES APPLICANT MUST ADDRESS:** On March 13, 2019, the trademark examining attorney and John M Sanders, Esq. discussed the issues below. Applicant must timely respond to these issues. *See* 15 U.S.C. §1062(b); 37 C.F.R. §2.62(a); TMEP §§708, 711.

**1. Requirement – Name of a Living Individual:**
Applicant must clarify whether the name DR. JESS in the mark identifies a particular living individual. *See* 37 C.F.R. §2.61(b); TMEP §§813, 1206.03. In this case, the application neither specifies whether the name in the mark identifies a particular living individual nor includes a

written consent. *See* TMEP §§813.01(a)-(b), 1206.04(a), 1206.05. Please see applicant's attached website which appears to show that DR. JESS is Dr. Jessica Peatross.

To register a mark that consists of or comprises the name of a particular living individual, including a first name, pseudonym, stage name, or nickname, an applicant must provide a written consent personally signed by the named individual. 15 U.S.C. §1052(c); TMEP §§813, 1206.04(a).

If the name in the mark does identify a particular living individual, applicant must submit both of the following:

(1)    The following **statement**: "The name(s) shown in the mark identifies a living individual(s) whose consent(s) to register is made of record." If the name is a pseudonym, stage name, or nickname, applicant must provide the following statement: "DR. JESS identifies Dr. Jessica Peatross, a living individual whose consent is of record."

(2)    **A written consent**, **personally signed by the named individual**(s), as follows: "I, Dr. Jessica Peatross, consent to the use and registration of my name, DR. JESS, as a trademark and/or service mark with the USPTO."

For an overview of the requirements pertaining to names appearing in marks, and instructions on how to satisfy this requirement online using the Trademark Electronic Application System (TEAS) response form, please go to http://www.uspto.gov/trademarks/law/consent.jsp.

Failure to comply with a request for information is grounds for refusing registration. *In re Harley*, 119 USPQ2d 1755, 1757-58 (TTAB 2016); TMEP §814.

## 2.  Advisory – TEAS RF Applicants:

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

Responses to Office actions must be properly signed. *See* 37 C.F.R. §§2.62(b), 2.193(e)(2); TMEP §§712, 712.01. If an applicant is not represented by an attorney, the response must be signed by the individual applicant or someone with legal authority to bind a juristic applicant (e.g., a corporate officer or general partner). *See* 37 C.F.R. §2.193(e)(2)(ii); TMEP §§611.03(b), 611.06(b)-(h), 712.01. In the case of joint applicants, all must sign. 37 C.F.R. §2.193(e)(2)(ii); TMEP §611.06(a). If an applicant is represented by an attorney authorized to practice before the USPTO, the attorney must sign the response. 37 C.F.R. §2.193(e)(2)(i); TMEP §§611.03(b), 712.01.

## 3.  Advisory – Assistance:

Please call or email the assigned trademark examining attorney with questions about this Office action. Although the trademark examining attorney cannot provide legal advice or statements about applicant's rights, the trademark examining attorney can provide applicant with additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06. Although the USPTO does not accept emails as responses to Office actions, emails can be used for informal communications and will be included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

PLEASE NOTE:  If applicant requires assistance navigating the online response form, applicant should contact the Trademark Assistance Center at 1-800-786-9199.

/Colleen Dombrow/
Trademark Attorney
Law Office 101
Direct Dial: 571-272-8262
Facsimile: 571-273-9101
colleen.dombrow@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned

trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

https://drjess.com/about-us/          03/13/2019 12:03:48 PM



**Meet Dr. Jessica Peatross**

Dr. Jess (Dr Jessica Peatross) is a western trained medical doctor who began her journey into healing in 2009 when she graduated from the University of Louisville internal medicine residency program. She is passionate about teaching people how to be their own best doctor by educating themselves and listening to their body.

**Dr Jess's Story: Heal Yourself Before You Heal Others**

Dr Jess finished medical school in 2006 after graduating from the University of Louisville and began internal medicine residency thereafter. During this time, she experienced mounting anxiety, hormonal imbalances and adrenal dysfunction due to her long hours and demanding schedule. She also observed that many of her patients never improved and often became a revolving door of admissions in the hospital. In 2012, after health issues began to worsen, Dr Jess had a personal awakening. She began to realize that allopathic medicine did not have all the answers she was so earnestly seeking. Answers not just for herself, but for many of her patients as well. There seemed to be an advancement of the best technology, but a poor advent in the cures for diseases or the discovery of the root causes of chronic illnesses and cancer.

Dr Jess moved to the west coast from Kentucky in early 2013. It was then that she dove into the world of Ayurveda, holistic healing, energy work, nutrigenomics, stem cells, cannabis, Gerson therapy and homeopathy. Her philosophy now embodies true health as being all encompassing of mind, body and spirit. Today Dr Jess practices as a Gerson therapy practitioner, is well versed in cannabis therapy, herbs, and nutritional IVs.

As hospitals, insurance companies, and allopathic medicine hold firmly onto outdated belief patterns, patients and clients continue to ask for more from their healthcare providers. Dr Jess believes that personalized, preventative and functional treatment plans are the next step to revolutionize healthcare. Disease is much easier to prevent than to cure. Dr Jess would love to help heal you on every level through inspiration, knowledge, movement, nutrition, and a multidisciplinary approach.

https://drjess.com/about-us/          03/13/2019 12:03:48 PM

Watch Dr jess Video







https://drjess.com/about-us/          03/13/2019 12:03:48 PM




## Read Dr Jess Articles



**All About Mold and Beyond: Is Biotoxin illness the Missing Link in Your Chronic**

I have seen so much toxic mold in my patients' lives lately that I just couldn't NOT write this blog. It is

Read More



**The Wi-fi WakeUp Call: The Health Dangers to Wifi and the New 5G**

"Waiting for high levels of scientific and clinical proof before taking action to prevent well-known

Read More



**The Hype About Celery Juice-Fact or Fiction**

Celery juice has become all the rage since the publication of Medical Medium's books. One of the

Read More



Dr Jess

© Copyright 2018 Dr Jess

**DR JESS INSIGHT**
Store
About Us
Articles
Recipes

**SUPPORT**
Privacy Policy
Terms of Use
Refund Policy
DMCA Policy
Contact Dr Jess

**FOLLOW US**

| | |
|---|---|
| **To:** | Nupeutics Natural, Inc. (jmsanders23@gmail.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88230755 - DR. JESS - Dr. Jess |
| **Sent:** | 3/13/2019 12:10:46 PM |
| **Sent As:** | ECOM101@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## <u>IMPORTANT NOTICE REGARDING YOUR<br>U.S. TRADEMARK APPLICATION</u>

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **3/13/2019** FOR U.S. APPLICATION SERIAL NO. 88230755

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **3/13/2019** (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## <u>WARNING</u>

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# NOTE TO THE FILE

SERIAL NUMBER:    88230755

DATE:    03/13/2019

NAME:    cdombrow

## NOTE:

**Searched:**
\_\_\_  Google
\_\_\_  Lexis/Nexis
\_\_\_  OneLook
\_\_\_  Wikipedia
\_\_\_  Acronym Finder          \_\_\_  Protest evidence reviewed
\_\_\_  Other:

**Checked:**
\_\_\_  Geographic significance
\_\_\_  Surname
\_\_\_  Translation
\_\_\_  ID with ID/CLASS mailbox

\_\_  Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
    \_\_\_  phone              _X_  Left message with
    \_\_\_  email                   Attorney/Applicant

\_\_\_  Requested Law Library search     \_\_\_  Issued Examiner's Amendment
     for:                                 and entered changes in TRADEUPS

    \_\_\_  **PRINT**  \_\_\_  **DO NOT PRINT**     \_\_\_  Added design code in TRADEUPS
\_\_\_  Description of the mark
\_\_\_  Translation statement         \_\_\_  Re-imaged standard character
                                         drawing
\_\_\_  Negative translation statement
\_\_\_  Consent of living individual     \_\_\_  Contacted TM MADRID ID/CLASS
                                         about misclassified definite ID
\_\_\_  Changed TRADEUPS to:

\_\_\_  OTHER:

# NOTE TO THE FILE

**SERIAL NUMBER:**     88230755

**DATE:**     03/12/2019

**NAME:**     cdombrow

**NOTE:**

**Searched:**
____ Google
____ Lexis/Nexis
____ OneLook
____ Wikipedia
____ Acronym Finder                    ____ Protest evidence reviewed
____ Other:

**Checked:**
____ Geographic significance
____ Surname
____ Translation
____ ID with ID/CLASS mailbox

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
        ____ phone                   _X_ Left message with
        ____ email                       Attorney/Applicant

____ Requested Law Library search      ____ Issued Examiner's Amendment
     for:                                   and entered changes in TRADEUPS

     ____ **PRINT** ____ **DO NOT PRINT**   ____ Added design code in TRADEUPS
____ Description of the mark
____ Translation statement             ____ Re-imaged standard character
                                            drawing
____ Negative translation statement
____ Consent of living individual      ____ Contacted TM MADRID ID/CLASS
                                            about misclassified definite ID
____ Changed TRADEUPS to:

____ OTHER:

# NOTE TO THE FILE

SERIAL NUMBER:        88230755

DATE:                        03/12/2019

NAME:                        cdombrow

## NOTE:

**Searched:**
_X_  Google
___  Lexis/Nexis
_X_  OneLook
___  Wikipedia
___  Acronym Finder                    ___  Protest evidence reviewed
_X_  Other: applicant's website

**Checked:**
___  Geographic significance
___  Surname
___  Translation
___  ID with ID/CLASS mailbox

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
        ___  phone                              ___  Left message with
        ___  email                                    Attorney/Applicant

___  Requested Law Library search      ___  Issued Examiner's Amendment
        for:                                          and entered changes in TRADEUPS

    ___  **PRINT**  ___  **DO NOT PRINT**      ___  Added design code in TRADEUPS
___  Description of the mark
___  Translation statement            ___  Re-imaged standard character
                                              drawing
___  Negative translation statement
___  Consent of living individual     ___  Contacted TM MADRID ID/CLASS
                                              about misclassified definite ID
___  Changed TRADEUPS to:

___  OTHER:

*** User:cdombrow ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 6 | 0 | 6 | 6 | 0:01 | nupeutics[on] |
| 02 | 0 | 0 | 0 | 0 | 0:01 | "dr. jess"[bi,ti] and live[ld] |
| 03 | 3 | 0 | 3 | 3 | 0:02 | "dr jess"[bi,ti] and live[ld] |
| 04 | 60916 | N/A | 0 | 0 | 0:02 | (*dr* "dr" "d r" *doctor*)[bi,ti] and live[ld] |
| 05 | 399 | N/A | 0 | 0 | 0:02 | *jess*[bi,ti] and live[ld] |
| 06 | 6 | 0 | 6 | 6 | 0:01 | 4 and 5 |
| 07 | 20903 | N/A | 0 | 0 | 0:02 | 4 and "005"[cc] |
| 08 | 3534 | N/A | 10 | 10 | 0:01 | 4 and ("005" a b 200)[ic] |
| 09 | 6633 | N/A | 0 | 0 | 0:01 | ("dr" "d r" *doctor*)[bi,ti] and live[ld] |
| 10 | 3938 | N/A | 0 | 0 | 0:01 | 9 and "005"[cc] |
| 11 | 920 | 0 | 46 | 44 | 0:02 | 9 and ("005" a b 200)[ic] |
| 12 | 772 | N/A | 11 | 11 | 0:02 | 9 and ("003" a b 200)[ic] |
| 13 | 1329 | N/A | 11 | 11 | 0:02 | 9 and ("035" "042" a b 200)[ic] |
| 14 | 95 | N/A | 47 | 41 | 0:02 | 5 and "005"[cc] |
| 15 | 7 | 0 | 7 | 7 | 0:01 | 5 and ("005" a b 200)[ic] |
| 16 | 88 | 0 | 40 | 34 | 0:02 | 14 not 15 |
| 17 | 11961 | N/A | 0 | 0 | 0:02 | *j{v}{"sz"}*[bi,ti] and live[ld] |
| 18 | 242 | N/A | 0 | 0 | 0:01 | 4 and 17 |
| 19 | 79 | 0 | 28 | 27 | 0:02 | 18 and "005"[cc] |

Session started 3/12/2019 5:27:27 PM

Session finished 3/12/2019 5:33:17 PM

Total search duration 0 minutes 30 seconds

Session duration 5 minutes 50 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 88230755

# DR. JESS

## Dr. Jess Specimen



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88230755**
**Filing Date: 12/14/2018**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88230755 |
| **MARK INFORMATION** | |
| *MARK | DR. JESS |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | DR. JESS |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Nupeutics Natural, Inc. |
| *STREET | 12526 High Bluff Dr., Ste. 300 |
| *CITY | San Diego |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 77802 |
| **PHONE** | 619-253-5847 |
| **EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 005 |
| *IDENTIFICATION | Dietary supplements |
| **FILING BASIS** | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/31/2016 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/31/2016 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-502420189-20181214220224369393_._Dr._Jess_Specimen.pdf |

| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\882\307\88230755\xml1\RFA0003.JPG |
|---|---|
| SPECIMEN DESCRIPTION | Webpage showing product displaying mark, price and an "Add to cart" button |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | John M Sanders |
| ATTORNEY DOCKET NUMBER | Dr. Jess |
| FIRM NAME | John M Sanders |
| STREET | 2634 Lochinvar Ln |
| CITY | Bryan |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77802 |
| PHONE | 619-253-5847 |
| EMAIL ADDRESS | jmsanders23@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | John M Sanders |
| FIRM NAME | John M Sanders |
| STREET | 2634 Lochinvar Ln |
| CITY | Bryan |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77802 |
| PHONE | 619-253-5847 |
| *EMAIL ADDRESS | jmsanders23@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| SIGNATURE | /John M Sanders/ |
| SIGNATORY'S NAME | John M Sanders |
| SIGNATORY'S POSITION | attorney of record, member Illinois bar |
| SIGNATORY'S PHONE NUMBER | 619-253-5847 |
| DATE SIGNED | 12/14/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88230755**
**Filing Date: 12/14/2018**

## To the Commissioner for Trademarks:

**MARK:** DR. JESS (Standard Characters, see mark)
The literal element of the mark consists of DR. JESS.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Nupeutics Natural, Inc., a corporation of California, having an address of
    12526 High Bluff Dr., Ste. 300
    San Diego, California 77802
    United States
    619-253-5847(phone)
    XXXX (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 005:  Dietary supplements

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/31/2016, and first used in commerce at least as early as 08/31/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Webpage showing product displaying mark, price and an "Add to cart" button.

**Original PDF file:**
SPE0-502420189-20181214220224369393_._Dr._Jess_Specimen.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


The applicant's current Attorney Information:
    John M Sanders of John M Sanders    2634 Lochinvar Ln
    Bryan, Texas 77802
    United States
    619-253-5847(phone)
    jmsanders23@gmail.com (authorized)
The attorney docket/reference number is Dr. Jess.
The applicant's current Correspondence Information:
    John M Sanders
    John M Sanders
    2634 Lochinvar Ln
    Bryan, Texas 77802
    619-253-5847(phone)
    jmsanders23@gmail.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /John M Sanders/   Date: 12/14/2018
Signatory's Name: John M Sanders
Signatory's Position: attorney of record, member Illinois bar
Payment Sale Number: 88230755
Payment Accounting Date: 12/17/2018

Serial Number: 88230755
Internet Transmission Date: Fri Dec 14 22:16:39 EST 2018
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20181214221639064
581-88230755-610d75778b654e18160d062d3a2
e58ec0f31b2dc3ed2df5ba642544ceb6d32a3d1c
-CC-8166-20181214220224369393

# DR. JESS

## Dr. Jess Specimen



# EXHIBIT - I

**Generated on:** This page was generated by TSDR on 2025-05-12 22:29:29 EDT

**Mark:** DR. JESS



| | | | |
|---|---|---|---|
| **US Serial Number:** | 88322780 | **Application Filing Date:** | Mar. 01, 2019 |
| **US Registration Number:** | 6061725 | **Registration Date:** | May 26, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 26, 2020

**Publication Date:** Mar. 10, 2020

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | DR. JESS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of "DR. JESS" and Flower Design. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 05.05.25 - Daffodils; Iris (flower); Other flowers |
| **Name Portrait Consent:** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record. |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 5832435 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Dietary supplements | | |
| **International** | 005 - Primary Class | **U.S Class(es):** | 006, 018, 044, 046, 051, 052 |

| | | |
|---|---|---|
| **Class(es):** | | |
| **Class Status:** | ACTIVE | |
| **First Use:** | Aug. 31, 2016 | **Use in Commerce:** Aug. 31, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Nupeutics Natural, Inc. |
| **DBA, AKA, Formerly:** | DBA Nupeutics Natural |
| **Owner Address:** | 12526 High Bluff Dr., Ste. 300 San Diego, CALIFORNIA UNITED STATES 92130 |
| **Legal Entity Type:** | CORPORATION     **State or Country Where Organized:** CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | |
|---|---|---|
| **Attorney Name:** | John Sanders | **Docket Number:** Flower Desig |
| **Attorney Primary Email Address:** | jmsanders23@gmail.com | **Attorney Email Authorized:** Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | John Sanders JOHN M SANDERS 2634 LOCHINVAR LN BRYAN, TEXAS UNITED STATES 77802 |
| **Phone:** | 619-253-5847 |
| **Correspondent e-mail:** | jmsanders23@gmail.com     **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 26, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 10, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 10, 2020 | PUBLISHED FOR OPPOSITION | |
| Feb. 19, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 06, 2020 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jan. 31, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 31, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Dec. 31, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 30, 2019 | ASSIGNED TO LIE | |
| Dec. 09, 2019 | NOTICE OF REVIVAL - E-MAILED | |
| Dec. 09, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 09, 2019 | PETITION TO REVIVE-GRANTED | |
| Dec. 09, 2019 | TEAS PETITION TO REVIVE RECEIVED | |
| Nov. 22, 2019 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Nov. 21, 2019 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |

| | |
|---|---|
| May 10, 2019 | NOTIFICATION OF PRIORITY ACTION E-MAILED |
| May 10, 2019 | PRIORITY ACTION E-MAILED |
| May 10, 2019 | PRIORITY ACTION WRITTEN |
| May 10, 2019 | PREVIOUS ALLOWANCE COUNT WITHDRAWN |
| May 10, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 10, 2019 | ASSIGNED TO EXAMINER |
| Mar. 22, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Mar. 21, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 05, 2019 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** May 26, 2020

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,061,725**

**Registered May 26, 2020**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Nupeutics Natural, Inc. (CALIFORNIA CORPORATION), DBA Nupeutics Natural
12526 High Bluff Dr., Ste. 300
San Diego, CALIFORNIA 92130

CLASS 5: Dietary supplements

FIRST USE 8-31-2016; IN COMMERCE 8-31-2016

The mark consists of "DR. JESS" and Flower Design.

OWNER OF U.S. REG. NO. 5832435

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record.

SER. NO. 88-322,780, FILED 03-01-2019

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 10, 2020 00:45 AM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88322780: DR. JESS (Stylized/Design): Docket/Reference No. Flower Desig |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 88322780
**Mark:** DR. JESS (Stylized/Design)
**International Class(es):** 005
**Owner:** Nupeutics Natural, Inc.
**Docket/Reference Number:** Flower Desig

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Mar 10, 2020.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2020-03-10&serialNumber=88322780

On the publica ion date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of he mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publica ion date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check he status of the application, go to https://tsdr.uspto.gov/#caseNumber=88322780&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this applica ion on-line, go to https://tsdr.uspto.gov/#caseNumber=88322780&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.**  88322780
**Mark:**  DR. JESS
**International Class(es):**  005
**Owner:**  Nupeutics Natural, Inc.
**Docket/Reference No.**  Flower Desig

**Issue Date:**  February 19, 2020

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on March 10, 2020**.

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.**  Within 30 days of the publication date, any party who believes it will be damaged by the registra ion of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

**Email Address(es):**

jmsanders23@gmail.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, February 19, 2020 03:53 AM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notifica ion of Notice of Publication: U.S. Trademark SN 88322780: DR. JESS (Stylized/Design): Docket/Reference No. Flower Desig |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 88322780) is scheduled to publish in the *Official Gazette* on Mar 10, 2020.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto gov/search.action?sn=88322780</u>.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail no ification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in  he Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88322780 | FILING DATE | 03/01/2019 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOMERVILLE, ARETHA CHA | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/07/2020 |
| PUB DATE | 03/10/2020 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 02/06/2020 |
| LITERAL MARK ELEMENT | DR. JESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | DR. JESS |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Nupeutics Natural, Inc. |
| ADDRESS | 12526 High Bluff Dr., Ste. 300<br>San Diego, CA 92130 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |
| DBA/AKA | DBA Nupeutics Natural |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 005 |
|---|---|
| DESCRIPTION TEXT | Dietary supplements |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 08/31/2016 | FIRST USE IN COMMERCE DATE | 08/31/2016 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of "DR. JESS" and Flower Design. |
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record. |
| PSEUDO MARK | DOCTOR JESS |
| OWNER OF US REG NOS | 5832435 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/06/2020 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 020 |
| 01/31/2020 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 019 |
| 12/31/2019 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 018 |
| 12/31/2019 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 017 |
| 12/30/2019 | ALIE | A | ASSIGNED TO LIE | 016 |
| 12/09/2019 | NREV | E | NOTICE OF REVIVAL - E-MAILED | 015 |
| 12/09/2019 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 014 |
| 12/09/2019 | PETG | O | PETITION TO REVIVE-GRANTED | 013 |
| 12/09/2019 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 012 |
| 11/22/2019 | MAB2 | E | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | 011 |
| 11/21/2019 | ABN2 | O | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | 010 |
| 05/10/2019 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 009 |
| 05/10/2019 | GPRA | F | PRIORITY ACTION E-MAILED | 008 |
| 05/10/2019 | CPRA | R | PRIORITY ACTION WRITTEN | 007 |
| 05/10/2019 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 006 |
| 05/10/2019 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 005 |

| 05/10/2019 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 03/22/2019 | MDSM | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 03/21/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 03/05/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | John Sanders |
| CORRESPONDENCE ADDRESS | John Sanders<br>JOHN M SANDERS<br>2634 LOCHINVAR LN<br>BRYAN TX 77802 |
| DOMESTIC REPRESENTATIVE | NONE |



## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| SERIAL NUMBER | 88322780 | FILING DATE | 03/01/2019 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOMERVILLE, ARETHA CHA | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| RUN DATE | 02/01/2020 |
|---|---|
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 01/31/2020 |
| LITERAL MARK ELEMENT | DR. JESS |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| STANDARD CHARACTER MARK | NO |
|---|---|
| LITERAL MARK ELEMENT | DR. JESS |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Nupeutics Natural, Inc. |
| ADDRESS | 12526 High Bluff Dr., Ste. 300<br>San Diego, CA 92130 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |
| DBA/AKA | DBA Nupeutics Natural |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 005 |
|---|---|
| DESCRIPTION TEXT | Dietary supplements |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 08/31/2016 | FIRST USE IN COMMERCE DATE | 08/31/2016 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of "DR. JESS" and Flower Design. |
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record. |
| PSEUDO MARK | DOCTOR JESS |
| OWNER OF US REG NOS | 5832435 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/31/2020 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 019 |
| 12/31/2019 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 018 |
| 12/31/2019 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 017 |
| 12/30/2019 | ALIE | A | ASSIGNED TO LIE | 016 |
| 12/09/2019 | NREV | E | NOTICE OF REVIVAL - E-MAILED | 015 |
| 12/09/2019 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 014 |
| 12/09/2019 | PETG | O | PETITION TO REVIVE-GRANTED | 013 |
| 12/09/2019 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 012 |
| 11/22/2019 | MAB2 | E | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | 011 |
| 11/21/2019 | ABN2 | O | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | 010 |
| 05/10/2019 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 009 |
| 05/10/2019 | GPRA | F | PRIORITY ACTION E-MAILED | 008 |
| 05/10/2019 | CPRA | R | PRIORITY ACTION WRITTEN | 007 |
| 05/10/2019 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 006 |
| 05/10/2019 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 005 |
| 05/10/2019 | DOCK | D | ASSIGNED TO EXAMINER | 004 |

| 03/22/2019 | MDSM | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 03/21/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 03/05/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | John Sanders |
| CORRESPONDENCE ADDRESS | John Sanders<br>JOHN M SANDERS<br>2634 LOCHINVAR LN<br>BRYAN TX 77802 |
| DOMESTIC REPRESENTATIVE | NONE |



## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88322780 | FILING DATE | 03/01/2019 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOMERVILLE, ARETHA CHA | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/01/2020 |
| PUB DATE | N/A |
| STATUS | 616-REVIVE-AWAITING FURTHER ACTION |
| STATUS DATE | 12/09/2019 |
| LITERAL MARK ELEMENT | DR. JESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | DR. JESS |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Nupeutics Natural, Inc. |
| ADDRESS | 12526 High Bluff Dr., Ste. 300<br>San Diego, CA 92130 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |
| DBA/AKA | DBA Nupeutics Natural |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 005 |
|---|---|
| DESCRIPTION TEXT | Dietary supplements |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 08/31/2016 | FIRST USE IN COMMERCE DATE | 08/31/2016 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of "DR. JESS" and Flower Design. |
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record. |
| PSEUDO MARK | DOCTOR JESS |
| OWNER OF US REG NOS | 5832435 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/31/2019 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 018 |
| 12/31/2019 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 017 |
| 12/30/2019 | ALIE | A | ASSIGNED TO LIE | 016 |
| 12/09/2019 | NREV | E | NOTICE OF REVIVAL - E-MAILED | 015 |
| 12/09/2019 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 014 |
| 12/09/2019 | PETG | O | PETITION TO REVIVE-GRANTED | 013 |
| 12/09/2019 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 012 |
| 11/22/2019 | MAB2 | E | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | 011 |
| 11/21/2019 | ABN2 | O | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | 010 |
| 05/10/2019 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 009 |
| 05/10/2019 | GPRA | F | PRIORITY ACTION E-MAILED | 008 |
| 05/10/2019 | CPRA | R | PRIORITY ACTION WRITTEN | 007 |
| 05/10/2019 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 006 |
| 05/10/2019 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 005 |
| 05/10/2019 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 03/22/2019 | MDSM | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |

| 03/21/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 03/05/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | John Sanders |
|---|---|
| CORRESPONDENCE ADDRESS | John Sanders<br>JOHN M SANDERS<br>2634 LOCHINVAR LN<br>BRYAN TX 77802 |
| DOMESTIC REPRESENTATIVE | NONE |



| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, December 9, 2019 11:03 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Revival: U.S. Trademark SN 88322780: DR. JESS (Stylized/Design): Docket/Reference No. Flower Desig |

Dec 9, 2019

### NOTICE OF REVIVAL

**U.S. Serial Number:** 88322780
**Mark:** DR. JESS (Stylized/Design)
**Owner:** Nupeutics Natural, Inc.
**Docket/Reference Number:** Flower Desig

**Revival Date:** Dec 9, 2019

The above-referenced application has been **REVIVED** and will be forwarded to the appropriate section of the Office for further action.

* If the application was abandoned for failure to file a timely response to an Office action, he application will be forwarded to the examining attorney; or

* If a notice of appeal was submitted with the petition, the application will be forwarded to the Trademark Trial and Appeal Board to institute the appeal; or

* If the application was abandoned for failure to file a timely statement of use or a request for extension of time to file a statement of use, the application will be forwarded to the intent to use unit.

To check he current status of your application, please wait approximately hree (3) weeks and then ei her go to http://tsdr.uspto.gov/#caseNumber=88322780&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this applica ion on-line, go to http://tsdr.uspto.gov/#caseNumber=88322780&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line he next business day after receipt of this e-mail.

For further informa ion, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2194 (Rev 03/2012)
OMB No. 0651-0054 (Exp 12/31/2020)

## Petition To Revive Abandoned Application - Failure To Respond Timely To Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88322780 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 107 |
| **DATE OF NOTICE OF ABANDONMENT** | 11/22/2019 |
| **PETITION** | |
| **PETITION STATEMENT** | Applicant has firsthand knowledge that the failure to respond to the Office Action by the specified deadline was unintentional, and requests the USPTO to revive the abandoned application. |
| **RESPONSE TO OFFICE ACTION** | |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/88322780/large |
| **LITERAL ELEMENT** | DR. JESS |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED** (If applicable) | Color is not claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of Dr. Jess and Flower Design. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 5832435. |
| **NAME(S), PORTRAITS(S), SIGNATURE(S) OF INDIVIDUAL(S)** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record. |
| **CONSENT FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | consent-502420189-105337708_._Dr_Jess_and_Design_Consentpdf.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\883\227\88322780\xml7\POA0002.JPG |
| **MISCELLANEOUS STATEMENT** | The attached Misc Statement is a signed letter by the undersigned attorney of record that explains why the failure to timely respond was an inadvertent mistake and shows that the present application was not intentionally abandoned. |
| **MISCELLANEOUS FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | mis-502420189-20191209105337708111_._Dr._Jess_and_Flower_Design.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\883\227\88322780\xml7\POA0003.JPG |
| **ATTORNEY SECTION (current)** | |
| **NAME** | John Sanders |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |

| YEAR OF ADMISSION | NOT SPECIFIED |
|---|---|
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | JOHN M SANDERS |
| STREET | 2634 LOCHINVAR LN |
| CITY | BRYAN |
| STATE | Texas |
| POSTAL CODE | 77802 |
| COUNTRY | US |
| PHONE | 619-253-5847 |
| EMAIL | jmsanders23@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | Flower Desig |

## ATTORNEY SECTION (proposed)

| NAME | John Sanders |
|---|---|
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | JOHN M SANDERS |
| STREET | 2634 LOCHINVAR LN |
| CITY | BRYAN |
| STATE | Texas |
| POSTAL CODE | 77802 |
| COUNTRY | United States |
| PHONE | 619-253-5847 |
| EMAIL | jmsanders23@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | Flower Desig |

## CORRESPONDENCE SECTION (current)

| NAME | JOHN M SANDERS |
|---|---|
| FIRM NAME | JOHN M SANDERS |
| STREET | 2634 LOCHINVAR LN |
| CITY | BRYAN |
| STATE | Texas |
| POSTAL CODE | 77802 |
| COUNTRY | US |
| PHONE | 619-253-5847 |
| EMAIL | jmsanders23@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| DOCKET/REFERENCE NUMBER | Flower Desig |
|---|---|

## CORRESPONDENCE SECTION (proposed)

| NAME | John Sanders |
|---|---|
| FIRM NAME | JOHN M SANDERS |
| STREET | 2634 LOCHINVAR LN |
| CITY | BRYAN |
| STATE | Texas |
| POSTAL CODE | 77802 |
| COUNTRY | United States |
| PHONE | 619-253-5847 |
| EMAIL | jmsanders23@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | Flower Desig |

## PAYMENT SECTION

| TOTAL AMOUNT | 100 |
|---|---|
| TOTAL FEES DUE | 100 |

## SIGNATURE SECTION

| PETITION SIGNATURE | /John M Sanders/ |
|---|---|
| SIGNATORY'S NAME | John M Sanders |
| SIGNATORY'S POSITION | attorney of record, IL bar member |
| SIGNATORY'S PHONE NUMBER | 619-253-5847 |
| DATE SIGNED | 12/09/2019 |
| RESPONSE SIGNATURE | /John M Sanders/ |
| SIGNATORY'S NAME | John M Sanders |
| SIGNATORY'S POSITION | Attorney of record, ILL bar member |
| SIGNATORY'S PHONE NUMBER | 619-253-5847 |
| DATE SIGNED | 12/09/2019 |
| AUTHORIZED SIGNATORY | YES |

## FILING INFORMATION SECTION

| SUBMIT DATE | Mon Dec 09 11:32:11 EST 2019 |
|---|---|
| TEAS STAMP | USPTO/POA-XX.XX.XX.XXX-20 191209113211147713-883227 80-7008f0c0aa22c05c809251 d62dc21421a8d40ed58b1f7b3 22dee879fed25e8e4-CC-3209 7665-20191209105337708111 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 2194 (Rev 03/2012)
OMB No. 0651-0054 (Exp 12/31/2020)

## Petition To Revive Abandoned Application - Failure To Respond Timely To Office Action
## To the Commissioner for Trademarks:

Application serial no. **88322780** DR. JESS (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/88322780/large) has been amended as follows:

**PETITION**

**Petition Statement**
Applicant has firsthand knowledge that the failure to respond to the Office Action by the specified deadline was unintentional, and requests the USPTO to revive the abandoned application.

**RESPONSE TO OFFICE ACTION**

The applicant's current attorney information: John Sanders. John Sanders of JOHN M SANDERS, is located at

    2634 LOCHINVAR LN
    BRYAN, Texas 77802
    US
The docket/reference number is Flower Desig.

The phone number is 619-253-5847.

The email address is jmsanders23@gmail.com

The applicants proposed attorney information: John Sanders. John Sanders of JOHN M SANDERS, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    2634 LOCHINVAR LN
    BRYAN, Texas 77802
    United States
The docket/reference number is Flower Desig.

The phone number is 619-253-5847.

The email address is jmsanders23@gmail.com

John Sanders submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current correspondence information: JOHN M SANDERS. JOHN M SANDERS of JOHN M SANDERS, is located at

    2634 LOCHINVAR LN
    BRYAN, Texas 77802
    US
The docket/reference number is Flower Desig.

The phone number is 619-253-5847.

The email address is jmsanders23@gmail.com

The applicants proposed correspondence information: John Sanders. John Sanders of JOHN M SANDERS, is located at

    2634 LOCHINVAR LN
    BRYAN, Texas 77802
    United States
The docket/reference number is Flower Desig.

The phone number is 619-253-5847.

The email address is jmsanders23@gmail.com

**ADDITIONAL STATEMENTS**
**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 5832435.


**Name(s), Portrait(s), Signature(s) of individual(s)**
The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessica Peatross, whose consent(s) to register is made of record.

**Original PDF file:**
consent-502420189-105337708_._Dr_Jess_and_Design_Consentpdf.pdf
**Converted PDF file(s)** ( 1 page)
Consent File1

**Miscellaneous Statement**
The attached Misc Statement is a signed letter by the undersigned attorney of record that explains why the failure to timely respond was an inadvertent mistake and shows that the present application was not intentionally abandoned.

**Original PDF file:**
mis-502420189-20191209105337708111_._Dr._Jess_and_Flower_Design.pdf
**Converted PDF file(s)** ( 1 page)
Miscellaneous File1

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**

Signature: /John M Sanders/    Date: 12/09/2019
Signatory's Name: John M Sanders
Signatory's Position: attorney of record, IL bar member
Signatory's Phone Number: 619-253-5847


**Response Signature**
Signature: /John M Sanders/    Date: 12/09/2019
Signatory's Name: John M Sanders
Signatory's Position: Attorney of record, ILL bar member

Signatory's Phone Number: 619-253-5847


The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    JOHN M SANDERS
   JOHN M SANDERS

   2634 LOCHINVAR LN
   BRYAN, Texas 77802
Mailing Address:    John Sanders
   JOHN M SANDERS
   2634 LOCHINVAR LN
   BRYAN, Texas 77802

RAM Sale Number: 88322780
RAM Accounting Date: 12/09/2019

Serial Number: 88322780
Internet Transmission Date: Mon Dec 09 11:32:11 EST 2019
TEAS Stamp: USPTO/POA-XX.XX.XX.XXX-20191209113211147
713-88322780-7008f0c0aa22c05c809251d62dc
21421a8d40ed58b1f7b322dee879fed25e8e4-CC
-32097665-20191209105337708111

UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
OFFICE ACTION RESPONSE ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION**
**SERIAL NO.** 88322780
**MARK:** DR. JESS and Design

**\*** 88322780

**APPLICANT:** Nupeutics Natural, Inc.
**CORRESPONDENT'S**
**REFERENCE/DOCKET**
**NO:**
Dr. Jess and Design
**CORRESPONDENT**
**E-MAIL ADDRESS:**
jmsanders23@gmail.com

In response to the Priority Action sent by email 10 May 2019, Dr. Jessica Peatross provides the following statements:

1. DR. JESS and Design identifies Dr. Jessica Peatross, a living individual whose consent is of record.

2. I, Dr. Jessica Peatross, consent to the use and registration of my name, DR. JESS and Design, as a trademark and/or service mark with the USPTO.

Jessica Peatross

Date: 6 / 5 / 19

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION RESPONSE ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION**
**SERIAL NO.** 88322780
**MARK:** DR. JESS and Design
*88322780
**APPLICANT:** Nupeutics Natural, Inc.
**CORRESPONDENT'S**
**REFERENCE/DOCKET**
**NO:**  Dr. Jess and Design
**CORRESPONDENT**
**E-MAIL ADDRESS:**
jmsanders23@gmail.com

In response to the Notice of Abandonment emailed 22 November 2019 the undersigned attorney of record respectfully submits the following statement showing that the failure to respond to the Priority Action mailed 10 May 2019 was unintentional.

On 10 May 2019 I received the Priority Action in my email.  I drafted a consent form and sent it my client, Nupeutics Natural, Inc. for their review and signature. They sent the signed consent form back to me.  My normal course of action is to file these kinds of documents soon after I receive them but check back near the deadline date to check that a response has been filed.  Apparently, I inadvertently failed to submit the signed consent to the Trademark Office but I did check to see if it had been filed in September 2019.  When I checked to see if the signed consent was filed, I mistakenly checked the wrong file, ie, Dr. Jess trademark application 88230755, which required the consent from the same person.  At no time did I receive any instructions from the client (Nupeutics Natural, Inc.) to abandon the above-identified trademark application.

Respectfully submitted,

*John M. Sanders*

John M Sanders
619-253-5847

RAM SALE NUMBER:  88322780

RAM ACCOUNTING DATE:  20191209

INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2019/12/09                                                        88/322780

| Description | Fee Code | Transaction | Total Fees Paid |
|---|---|---|---|
| POA | 7005 | 2019/12/09 | 100 |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, November 22, 2019 06:14 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notifica ion: U.S. Trademark SN 88322780 -- Docket/Reference No. Flower Desig |

OFFICIAL USPTO NOTICE OF ABANDONMENT

**TRADEMARK APPLICATION ABANDONED FAILURE TO TIMELY RESPOND TO OFFICE ACTION**

**U.S. Application Serial No.** 88322780
**Mark:** DR. JESS (Stylized/Design)
**Owner:** Nupeutics Natural, Inc.
**Docket/Reference No.** Flower Desig

**Issue Date:** November 22, 2019

**The application above is abandoned** because we did not receive a response to the previous Office action within the six-month response period.

If you did not receive the Office action or if the delay in filing your response was unintentional, you can file a Petition to Revive Abandoned Application - Failure to Respond Timely to Office Action form. **You must file the petition within two months of the issue date of this notice. The petition must include the following:**

(1) A signed statement by someone with firsthand knowledge of the facts, sta ing that the delay in responding by the due date was unintentional;

(2) A complete response to the Office action if the Office action was received, or, if the Office action was not received, a clear statement of this fact; and

(3) A petition fee.

If you have proof that the application was abandoned due to USPTO error, you can file a Request for Reinstatement of the application and include the proof (such as a copy of an email confirmation issued by the USPTO that includes the date of receipt and a summary of the online submission). You must file the request **within two months of the issue date of this notice**. There is no fee for  his request.

For more information on filing a petition, see our webpage on petitions.

For questions about this notice, filing a petition, or filing a request for reinstatement, contact the Trademark Assistance Center at 1-800-786-9199 (select option 1) or at TrademarkAssistanceCenter@uspto.gov.

View this notice and other documents for this application online in the Trademark Status and Document Retrieval (TSDR) database.

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88322780 | FILING DATE | 03/01/2019 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOMERVILLE, ARETHA CHA | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/11/2019 |
| PUB DATE | N/A |
| STATUS | 658-PRIORITY ACTION MAILED |
| STATUS DATE | 05/10/2019 |
| LITERAL MARK ELEMENT | DR. JESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | DR. JESS |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Nupeutics Natural, Inc. |
| ADDRESS | 12526 High Bluff Dr., Ste. 300 San Diego, CA 92130 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |
| DBA/AKA | DBA Nupeutics Natural |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 005 |
|---|---|
| DESCRIPTION TEXT | Dietary supplements |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 08/31/2016 | FIRST USE IN COMMERCE DATE | 08/31/2016 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of Dr. Jess and Flower Design. |
| PSEUDO MARK | DOCTOR JESS |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/10/2019 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 009 |
| 05/10/2019 | GPRA | F | PRIORITY ACTION E-MAILED | 008 |
| 05/10/2019 | CPRA | R | PRIORITY ACTION WRITTEN | 007 |
| 05/10/2019 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 006 |
| 05/10/2019 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 005 |
| 05/10/2019 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 03/22/2019 | MDSM | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 03/21/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 03/05/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | John Sanders |
|---|---|
| CORRESPONDENCE ADDRESS | JOHN M SANDERS JOHN M SANDERS 2634 LOCHINVAR LN BRYAN, TX 77802 |
| DOMESTIC REPRESENTATIVE | NONE |



| | |
|---|---|
| **To:** | Nupeutics Natural, Inc. (jmsanders23@gmail.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88322780 - DR. JESS - Flower Desig |
| **Sent:** | 5/10/2019 2:06:53 PM |
| **Sent As:** | ECOM107@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 88322780

**MARK:** DR. JESS

# *88322780*

**CORRESPONDENT ADDRESS:**
  JOHN M SANDERS
  JOHN M SANDERS
  2634 LOCHINVAR LN
  BRYAN, TX 77802

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Nupeutics Natural, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
  Flower Desig
**CORRESPONDENT E-MAIL ADDRESS:**

  jmsanders23@gmail.com


## PRIORITY ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.


**ISSUE/MAILING DATE: 5/10/2019**


**DATABASE SEARCH:**  The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**ISSUES APPLICANT MUST ADDRESS:**  On 5/10/2019, the trademark examining attorney and Mr. Sanders discussed the issues below.  Applicant must timely respond to these issues.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §2.62(a); TMEP §§708, 711.

<u>Consent Statement</u>

Applicant must clarify whether the name Dr. Jess in the mark identifies a particular living individual.  *See* 37 C.F.R. §2.61(b); TMEP §§813,

1206.03.  In this case, the application neither specifies whether the name in the mark identifies a particular living individual nor includes a written consent.  *See* TMEP §§813.01(a)-(b), 1206.04(a), 1206.05.

To register a mark that consists of or comprises the name of a particular living individual, including a first name, pseudonym, stage name, or nickname, an applicant must provide a written consent personally signed by the named individual. 15 U.S.C. §1052(c); TMEP §§813, 1206.04(a).

**Accordingly, if the name in the mark does <u>not</u> identify a particular living individual**, applicant must submit a statement to that effect (e.g., "The name shown in the mark does not identify a particular living individual.").

**However, if the name in the mark does identify a particular living individual**, applicant must submit both of the following:

(1)     The following **statement**:  "The name(s) shown in the mark identifies a living individual(s) whose consent(s) to register is made of record."  If the name is a pseudonym, stage name, or nickname, applicant must provide the following statement: "_____<specify assumed name> identifies _____<specify actual name>, a living individual whose consent is of record."

(2)     **A written consent**, personally signed by the named individual(s), as follows:  "I, _____<specify name>, consent to the use and registration of my name, _____<name>, as a trademark and/or service mark with the USPTO."

For an overview of the requirements pertaining to names appearing in marks, and instructions on how to satisfy this requirement online using the Trademark Electronic Application System (TEAS) response form, please go to http://www.uspto.gov/trademarks/law/consent.jsp.

Failure to comply with a request for information is grounds for refusing registration.  *In re Harley*, 119 USPQ2d 1755, 1757-58 (TTAB 2016); TMEP §814.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:**  Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's  amendment by telephone or e-mail without incurring this additional fee.

/Aretha C. Somerville/
Trademark Examining Attorney
U.S. Patent & Trademark Office
Law Office 107
571-272-9414
aretha.somerville@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| To: | Nupeutics Natural, Inc. (jmsanders23@gmail.com) |
| --- | --- |
| Subject: | U.S. TRADEMARK APPLICATION NO. 88322780 - DR. JESS - Flower Desig |
| Sent: | 5/10/2019 2:06:54 PM |
| Sent As: | ECOM107@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **5/10/2019** FOR U.S. APPLICATION SERIAL NO. 88322780

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **5/10/2019** (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

*** User:asomervill ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1064 | N/A | 0 | 0 | 0:01 | *jess*[bi,ti] |
| 02 | 31 | 17 | 14 | 14 | 0:01 | "dr" and *jess*[bi,ti] |
| 03 | 62119 | N/A | 0 | 0 | 0:02 | (*dr* "dr" "d r" *doctor*)[bi,ti] and live[ld] |
| 04 | 8 | 0 | 8 | 8 | 0:01 | 1 and 3 |
| 05 | 135 | 71 | 64 | 62 | 0:01 | *jess[bi,ti] |
| 06 | 27733 | N/A | 0 | 0 | 0:01 | 050525[dc] |
| 07 | 8 | 0 | 8 | 8 | 0:01 | 4 and (6 1) |
| 08 | 240 | 0 | 240 | 240 | 0:01 | 6 and (1 3) |

Session started 5/10/2019 1:21:07 PM

Session finished 5/10/2019 1:31:40 PM

Total search duration 0 minutes 9 seconds

Session duration 10 minutes 33 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 88322780

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Friday, March 22, 2019 00:27 AM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Design Search Code: U.S. Trademark SN: 88322780: DR. JESS (Stylized/Design): Docket/Reference No. Flower Desig |

**Docket/Reference Number:**        Flower Desig

The USPTO has assigned design search codes to your application (U.S. serial number: 88322780).

**Design search codes assigned to your application:**

05.05.25 - Daffodils
05.05.25 - Iris
05.05.25 - Other flowers

If you would like to request that we add or delete a design search code, please email TMDesignCodeComments@USPTO.GOV. Include your name, application serial number, a list of design search codes you would like to add or delete, and a brief justification. We will process your request within two business days. If we approve your request, the updated list of design search codes will appear in our Trademark Status and Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/, under the "Mark Information" tab.

Design search codes are numerical codes we assign to the prominent features of your mark's design. We call these features "design elements." A design element can be any component of your mark that is not a word, such as a depiction of a star or a flower. Assigning design search codes to your mark helps us more effectively search our database for marks that may conflict with yours. Design search codes have no legal significance and will not appear on the registration certificate.

For more information about design search codes, including why and how we use them and information on adding or deleting design search codes from your application, please visit our design search code webpage at http://www.uspto.gov/DesignSearchCodes. For a list of design search codes, see the design search code manual at http://tess2.uspto.gov/tmdb/dscm/index.htm.

For questions, please call 1-800-786-9199 (option 1) to speak to a Customer Service representative in the Trademark Assistance Center. Please visit http://www.uspto.gov/TrademarkAssistance for additional information about the Trademark Assistance Center.

This notice will be available in TSDR in one business day.



**Dr. Jess and Flower Design Specimen**



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88322780**
**Filing Date: 03/01/2019**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88322780 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\883\227\88322780\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | Dr. Jess |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of Dr. Jess and Flower Design. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1000 x 1053 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Nupeutics Natural, Inc. |
| DBA/AKA/TA/Formerly | DBA Nupeutics Natural |
| *STREET | 12526 High Bluff Dr., Ste. 300 |
| *CITY | San Diego |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 92130 |
| PHONE | 619-253-5847 |
| EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | Dietary supplements |

| FILING BASIS | SECTION 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 08/31/2016 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/31/2016 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-502420189-20190301190136135698_._Dr._Jess_and_Flower_Design_Specimenpdf.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\883\227\88322780\xml1\RFA0003.JPG |
| SPECIMEN DESCRIPTION | Webpage showing product displaying mark price and an add to Cart button |

## ATTORNEY INFORMATION

| NAME | John Sanders |
|---|---|
| ATTORNEY DOCKET NUMBER | Flower Desig |
| FIRM NAME | John M Sanders |
| STREET | 2634 Lochinvar Ln |
| CITY | Bryan |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77802 |
| PHONE | 619-253-5847 |
| EMAIL ADDRESS | jmsanders23@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| NAME | John M Sanders |
|---|---|
| FIRM NAME | John M Sanders |
| STREET | 2634 Lochinvar Ln |
| CITY | Bryan |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77802 |
| PHONE | 619-253-5847 |
| *EMAIL ADDRESS | jmsanders23@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS RF |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |

| *TOTAL FEE PAID | 275 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /John M Sanders/ |
| SIGNATORY'S NAME | John M Sanders |
| SIGNATORY'S POSITION | attorney of record, member Illinois bar |
| SIGNATORY'S PHONE NUMBER | 619-253-5847 |
| DATE SIGNED | 03/01/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88322780**
**Filing Date: 03/01/2019**

## To the Commissioner for Trademarks:

**MARK:** Dr. Jess (stylized and/or with design, see mark)

The literal element of the mark consists of Dr. Jess.
The applicant is not claiming color as a feature of the mark. The mark consists of Dr. Jess and Flower Design.
The applicant, Nupeutics Natural, Inc., DBA Nupeutics Natural, a corporation of California, having an address of
    12526 High Bluff Dr., Ste. 300
    San Diego, California 92130
    United States
    619-253-5847(phone)
    XXXX (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 005:  Dietary supplements

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/31/2016, and first used in commerce at least as early as 08/31/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Webpage showing product displaying mark price and an add to Cart button.

**Original PDF file:**
SPE0-502420189-20190301190136135698 _ . Dr. Jess and Flower Design Specimenpdf.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The applicant's current Attorney Information:
    John Sanders of John M Sanders    2634 Lochinvar Ln
    Bryan, Texas 77802
    United States
    619-253-5847(phone)
    jmsanders23@gmail.com (authorized)
The attorney docket/reference number is Flower Desig.

The applicant's current Correspondence Information:
    John M Sanders
    John M Sanders
    2634 Lochinvar Ln
    Bryan, Texas 77802
    619-253-5847(phone)
    jmsanders23@gmail.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to

submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /John M Sanders/   Date: 03/01/2019
Signatory's Name: John M Sanders
Signatory's Position: attorney of record, member Illinois bar
Payment Sale Number: 88322780
Payment Accounting Date: 03/04/2019

Serial Number: 88322780
Internet Transmission Date: Fri Mar 01 19:49:14 EST 2019
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20190301194914729
406-88322780-620ae736ec093f852263cad8671
ced52c8652dff75b34398c38c88fca9b0ffab3d-
CC-5723-20190301190136135698



**Dr. Jess and Flower Design Specimen**



**EXHIBIT - J**

**Generated on:** This page was generated by TSDR on 2025-05-12 22:31:48 EDT

**Mark:** KILL BIND SWEAT

KILL BIND SWEAT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88718791 | **Application Filing Date:** | Dec. 06, 2019 |
| **US Registration Number:** | 6095141 | **Registration Date:** | Jul. 07, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The Trademark Trial and Appeal Board has terminated a cancellation proceeding. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Jul. 18, 2022

**Publication Date:** Apr. 21, 2020

# Mark Information

**Mark Literal Elements:** KILL BIND SWEAT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing information on protocols for treating pathogens and parasites

| | | | |
|---|---|---|---|
| **International Class(es):** | 044 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jul. 10, 2019 | **Use in Commerce:** | Jul. 10, 2019 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Nupeutics Natural, Inc.

| | |
|---|---|
| **DBA, AKA, Formerly:** | DBA drjess.com |
| **Owner Address:** | 12526 High Bluff Dr, Suite 300<br>San Diego, CALIFORNIA UNITED STATES 92130 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | JOHN M SANDERS | **Docket Number:** | KBS |
| **Attorney Primary Email Address:** | jmsanders23@gmail.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | JOHN M SANDERS<br>2634 LOCHINVAR LN<br>BRYAN, TEXAS UNITED STATES 77802 |
| **Phone:** | 619-253-5847 |
| **Correspondent e-mail:** | jmsanders23@gmail.com |

| | |
|---|---|
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 18, 2022 | TTAB RELEASE CASE TO TRADEMARKS | |
| Jul. 18, 2022 | CANCELLATION TERMINATED NO. 999999 | |
| Jul. 18, 2022 | CANCELLATION DENIED NO. 999999 | |
| Jan. 07, 2021 | CANCELLATION INSTITUTED NO. 999999 | |
| Jul. 07, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 21, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 21, 2020 | PUBLISHED FOR OPPOSITION | |
| Apr. 01, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 14, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 06, 2020 | ASSIGNED TO EXAMINER | |
| Dec. 11, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 10, 2019 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jul. 07, 2020 |

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92076151 | **Filing Date:** | Dec 23, 2020 |
| **Status:** | Terminated | **Status Date:** | Jul 18, 2022 |
| **Interlocutory Attorney:** | ANDREW P BAXLEY | | |

**Defendant**

| | |
|---|---|
| **Name:** | Nupeutics Natural, Inc. dba drjess.com |

| | |
|---|---|
| **Correspondent Address:** | JOHN M SANDERS<br>2634 LOCHINVAR LN<br>BRYAN TX UNITED STATES , 77802 |
| **Correspondent e-mail:** | jmsanders23@gmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KILL BIND SWEAT | | 88718791 | 6095141 |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Blaze Truth LLC |
| **Correspondent Address:** | CHARLES C. WELLER<br>CHARLES C. WELLER, A.P.C.<br>11412 CORLEY CT.<br>SAN DIEGO CA UNITED STATES , 92126 |
| **Correspondent e-mail:** | legal@cweller.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KILL BIND SWEAT | | 88808232 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 9 | TERMINATED | Jul 18, 2022 | |
| 8 | BD DECISION: CAN DENIED W/PREJ | Jul 18, 2022 | |
| 7 | RESPONSE DUE 30 DAYS (DUE DATE) | Jun 06, 2022 | Jul 06, 2022 |
| 6 | D CHANGE OF CORRESP ADDRESS | Mar 02, 2021 | |
| 5 | TRIAL DATES REMAIN AS SET | Feb 22, 2021 | |
| 4 | ANSWER | Feb 16, 2021 | |
| 3 | INSTITUTED | Jan 07, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 07, 2021 | Feb 16, 2021 |
| 1 | FILED AND FEE | Dec 23, 2020 | |

# United States of America

## United States Patent and Trademark Office

# KILL BIND SWEAT

**Reg. No. 6,095,141**

**Registered Jul. 07, 2020**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

Nupeutics Natural, Inc. (CALIFORNIA CORPORATION), DBA drjess.com
12526 High Bluff Dr, Suite 300
San Diego, CALIFORNIA 92130

CLASS 44: Providing information on protocols for treating pathogens and parasites

FIRST USE 7-10-2019; IN COMMERCE 7-10-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-718,791, FILED 12-06-2019



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, April 21, 2020 00:46 AM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88718791: KILL BIND SWEAT: Docket/Reference No. KBS |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 88718791
**Mark:** KILL BIND SWEAT
**International Class(es):** 044
**Owner:** Nupeutics Natural, Inc.
**Docket/Reference Number:** KBS

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Apr 21, 2020.

**To Review the Mark in the TMOG:**

   Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2020-04-21&serialNumber=88718791

On the publica ion date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

   *   Any party who believes it will be damaged by the registration of  he mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publica ion date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check  he status of the application, go to https://tsdr.uspto.gov/#caseNumber=88718791&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this applica ion on-line, go to https://tsdr.uspto.gov/#caseNumber=88718791&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.**  88718791
**Mark:**  KILL BIND SWEAT
**International Class(es):**  044
**Owner:**  Nupeutics Natural, Inc.
**Docket/Reference No.**  KBS

**Issue Date:**  April 1, 2020

**Your mark is scheduled to publish in the *Trademark Official Gazette* (TMOG) on April 21, 2020**.

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.**  Within 30 days of the publication date, any party who believes it will be damaged by the registra ion of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

jmsanders23@gmail.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, April 1, 2020 04:03 AM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notifica ion of Notice of Publication: U.S. Trademark SN 88718791: KILL BIND SWEAT: Docket/Reference No. KBS |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 88718791) is scheduled to publish in the *Official Gazette* on Apr 21, 2020. To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto gov/search.action?sn=88718791</u>. If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail no ification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in he Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

## Trademark Snap Shot Publication Stylesheet
### (Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88718791 | FILING DATE | 12/06/2019 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | CROSS, TRACY L | L.O. ASSIGNED | 109 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/17/2020 |
| PUB DATE | 04/21/2020 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 03/16/2020 |
| LITERAL MARK ELEMENT | KILL BIND SWEAT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | KILL BIND SWEAT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Nupeutics Natural, Inc. |
|---|---|
| ADDRESS | 12526 High Bluff Dr, Suite 300<br>San Diego, CA 92130 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |
| DBA/AKA | DBA drjess.com |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 044 |
|---|---|
| DESCRIPTION TEXT | Providing information on protocols for treating pathogens and parasites |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 044 | FIRST USE DATE | 07/10/2019 | FIRST USE IN COMMERCE DATE | 07/10/2019 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/14/2020 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 03/06/2020 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 12/11/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 12/10/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | John M Sanders |
|---|---|
| CORRESPONDENCE ADDRESS | JOHN M SANDERS<br>2634 LOCHINVAR LN<br>BRYAN, TX 77802 |
| DOMESTIC REPRESENTATIVE | NONE |

# KILL BIND SWEAT

# NOTE TO THE FILE

**SERIAL NUMBER:**    88718791

**DATE:**    03/14/2020

**NAME:**    tcross

## NOTE:

**Searched:**
_X_  Google
___  Lexis/Nexis
_X_  OneLook
___  Wikipedia
___  Acronym Finder          ___  Protest evidence reviewed
___  Other:

**Checked:**
___  Geographic significance
___  Surname
___  Translation
___  ID with ID/CLASS mailbox

__  Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
    ___  phone                    ___  Left message with
    ___  email                         Attorney/Applicant

___  Requested Law Library search       ___  Issued Examiner's Amendment
    for:                                          and entered changes in TRADEUPS

    ___  **PRINT**  ___  **DO NOT PRINT**       ___  Added design code in TRADEUPS
___  Description of the mark
___  Translation statement             ___  Re-imaged standard character
                                                  drawing
___  Negative translation statement
___  Consent of living individual      ___  Contacted TM MADRID ID/CLASS
                                                  about misclassified definite ID
___  Changed TRADEUPS to:

___  OTHER:

# NOTE TO THE FILE

SERIAL NUMBER:    88718791

DATE:    03/14/2020

NAME:    tcross

**NOTE:**

**Searched:**
____ Google
____ Lexis/Nexis
____ OneLook
____ Wikipedia
____ Acronym Finder                        ____ Protest evidence reviewed
____ Other:

**Checked:**
____ Geographic significance
____ Surname
____ Translation
____ ID with ID/CLASS mailbox

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
        ____ phone                            ____ Left message with
        ____ email                                    Attorney/Applicant

____ Requested Law Library search        ____ Issued Examiner's Amendment
        for:                                            and entered changes in TRADEUPS

        ____ **PRINT** ____ **DO NOT PRINT**    ____ Added design code in TRADEUPS
____ Description of the mark
____ Translation statement                ____ Re-imaged standard character
                                                drawing
____ Negative translation statement
____ Consent of living individual        ____ Contacted TM MADRID ID/CLASS
                                                about misclassified definite ID
____ Changed TRADEUPS to:

____ OTHER:

*** User:tcross ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 88718791[SN] |
| 02 | 11860 | N/A | 0 | 0 | 0:01 | *k{"iy"}l*[bi,ti] |
| 03 | 1529 | N/A | 0 | 0 | 0:01 | *b{"iy"}nd*[bi,ti] |
| 04 | 18048 | N/A | 0 | 0 | 0:01 | *swe{v}t*[bi,ti] |
| 05 | 2332 | N/A | 0 | 0 | 0:02 | *sweat*[bi,ti] |
| 06 | 9 | 0 | 9 | 9 | 0:02 | 2 and (3 or 4 or 5) not dead[ld] |
| 07 | 2 | 0 | 2 | 2 | 0:01 | 3 and (4 or 5) not dead[ld] |
| 08 | 2 | 0 | 2 | 2 | 0:01 | (killbindsweat or "kill bind sweat" or "killbind sweat" or "kill bindsweat")[bi,ti] |

Session started 3/13/2020 4:50:42 PM

Session finished 3/13/2020 4:58:09 PM

Total search duration 0 minutes 10 seconds

Session duration 7 minutes 27 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 88718791

# KILL BIND SWEAT



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88718791**
**Filing Date: 12/06/2019**

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88718791 |
| **MARK INFORMATION** | |
| *MARK | KILL BIND SWEAT |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | KILL BIND SWEAT |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Nupeutics Natural, Inc. |
| **DBA/AKA/TA/Formerly** | DBA drjess.com |
| *STREET | 12526 High Bluff Dr, Suite 300 |
| *CITY | San Diego |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 92130 |
| **PHONE** | 619-253-5847 |
| **EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 044 |
| *IDENTIFICATION | Providing information on protocols for treating pathogens and parasites |
| **FILING BASIS** | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/10/2019 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/10/2019 |
| SPECIMEN FILE NAME(S) | |

| ORIGINAL PDF FILE | SPE0-502420189-20191206214857508499_._Kill_Bind_Sweat_Protocol.pdf |
|---|---|
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\887\187\88718791\xml1\RFA0003.JPG |
| SPECIMEN DESCRIPTION | Screen shot from video describing services |

## ATTORNEY INFORMATION

| NAME | John M Sanders |
|---|---|
| ATTORNEY DOCKET NUMBER | KBS |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| STREET | 2634 Lochinvar Ln |
| CITY | Bryan |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77802 |
| PHONE | 619-253-5847 |
| EMAIL ADDRESS | jmsanders23@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| NAME | John M Sanders |
|---|---|
| STREET | 2634 Lochinvar Ln |
| CITY | Bryan |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77802 |
| PHONE | 619-253-5847 |
| *EMAIL ADDRESS | jmsanders23@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS RF |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| SIGNATURE | /John M Sanders/ |
|---|---|
| SIGNATORY'S NAME | John M Sanders |
| SIGNATORY'S POSITION | attorney of record, ILL Bar member |

| SIGNATORY'S PHONE NUMBER | 619-253-5847 |
|---|---|
| DATE SIGNED | 12/06/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88718791**
**Filing Date: 12/06/2019**

## To the Commissioner for Trademarks:

**MARK:** KILL BIND SWEAT (Standard Characters, see mark)
The literal element of the mark consists of KILL BIND SWEAT. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Nupeutics Natural, Inc., DBA drjess.com, a corporation of California, having an address of
    12526 High Bluff Dr, Suite 300
    San Diego, California 92130
    United States
    619-253-5847(phone)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 044:  Providing information on protocols for treating pathogens and parasites

In International Class 044, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 07/10/2019, and first used in commerce at least as early as 07/10/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screen shot from video describing services.

**Original PDF file:**
SPE0-502420189-20191206214857508499_._Kill_Bind_Sweat_Protocol.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The applicant hereby appoints John M Sanders. John M Sanders, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    2634 Lochinvar Ln
    Bryan, Texas 77802
    United States
    619-253-5847(phone)
    jmsanders23@gmail.com (authorized).
The attorney docket/reference number is KBS.
John M Sanders submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    John M Sanders
    2634 Lochinvar Ln
    Bryan, Texas 77802
    619-253-5847(phone)
    jmsanders23@gmail.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an

additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /John M Sanders/   Date: 12/06/2019
Signatory's Name: John M Sanders
Signatory's Position: attorney of record, ILL Bar member
Payment Sale Number: 88718791
Payment Accounting Date: 12/06/2019

Serial Number: 88718791
Internet Transmission Date: Fri Dec 06 22:31:47 EST 2019
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20191206223147457
031-88718791-700b9f3d1e8a862d9b43da64738
2cbdb0aa2d60caaa5e44a23cc4f686cf098fc78-
CC-31442806-20191206214857508499

# KILL BIND SWEAT



# EXHIBIT - K

# 5 Herbs That Help Regulate Hormones Naturally

▶ youtube com/watch

August 13, 2020



0:00

hormones some of the biggest questions
0:03

that i'm getting lately are about
0:04

hormone imbalances
0 06

hi i'm dr rachel and today i want to
0:08

talk about something that gets
0:10

overlooked hormone imbalances

0:13

so why do we experience hormone

0:15

imbalances
0:16

each and every single one of us
0 17

encounters so many different hormone
0 19

disruptors on a daily basis
0:22

things like stress chemicals toxins
0:25

poor nutritional choices or over or
0:27

under exercise just to name a few
0:30

so when you think about this that your
0 32

hormones
0:33

are like a delicate scale right when one
0:36

goes out of balance slightly it has a
0:38

dramatic
0:38

impact on many different areas of your
0 41

body and the systems
0:42

within your body and what they control
0:45

that's why

0 46

even with the slightest hormone

0:48

imbalance you can experience

0:50

really significant negative symptoms

0:53

you may experience symptoms like

0 55

hormonal acne

0 56

headaches anxiety depression bloating

1:00

really low energy or general fatigue

1:03

increase in appetite decrease in

1:04

appetite

1:05

and even and decreased ability to deal

1 08

with stress

1:09

i'm sure you can relate but the good

1:11

news is you don't have to feel this way

1:14

there are some incredible natural herbs

1:17

that help to support
1 18

your hormone balance naturally let me go
1:21

over a few of those with you
1:23

the first one that i want to talk about
1:25

is ashwagandha
1 27

and ashwagandha is a really powerful
1 29

adaptogen herb that helps to balance
1:31

hormones
1:32

maca is another powerful adaptogen herb
1:35

and this can really help to balance
1:37

estrogen and also to decrease anxiety
1 41

night sweats hot flashes and boost
1:44

stamina
1:45

astragalus is another amazing herb it
1:48

has
1:48

immune boosting and anti-aging effects

1:52

but in addition to that it really helps
1:54

you to balance
1 55

all of your hormones as well as to
1 58

increase your capacity
2:00

to deal with both physical and emotional
2:02

stress curcumin is another one of my
2:05

favorites
2:06

because this has really powerful
2 08

anti-inflammatory properties which
2:10

really help with your cycle
2:11

and all of the symptoms that go with it
2:14

in addition to that
2:15

it also helps to support both estrogen
2 18

metabolism
2:19

and estrogen dominance and last but not
2:22

least
2 23

musta musta helps to regulate the cycle
2:27

and also helps with anemia and general
2:30

weakness during your cycle
2:32

often when i'm supporting patients i'm
2 34

recommending all of these
2 36

herbs and one of the things my patients
2:38

express frustration about
2:39

is having to go out and purchase all of
2:41

these different supplements and it can
2:43

get very costly
2 45

that's one of the reasons why i love
2:48

hormone master
2:49

because it has all of these herbs in one
2:52

cost effective bottle and hormone master
2:56

is really great for helping to support

2:58

you with all of the things that we've
2:59

talked about
3 00

especially things like pms pcos
3 04

and any type of other hormone imbalance
3:06

symptoms that you might be experiencing
3:09

i personally use hormone master to
3:10

support my own hormones
3:12

so go ahead and click the link and find
3 15

out more information
3:16

about how hormone master has been
3:18

helping thousands of women
3:19

all over the world just like you